

100 MAIN STREET, SUITE 206, SAFETY HARBOR, FL 34695  PHONE: (727) 736-8622 FAX: (727) 734-4042

## TERM SHEET - DIP FACILITY # 2

### CAPITAL EXPENDITURES $1.5MILLION REVOLVING LINE OF CREDIT

| | |
|---|---|
| **Borrower** | **SHS Resort, LLC** |
| **Lender:** | **Olympia Development Group, Inc.** ("Lender" or "Olympia"") |
| **Loan Purpose:** | Loan proceeds of <u>up to $1,500,000.00</u> would be used for capital expenditures designed to increase return and value at the 175 room hotel, together with other amenities including a 50,000 square-foot spa, all known as the "Safety Harbor Resort and Spa," (also described herein as the "Resort"). |
| **Interest Rate:** | 5.75% *per annum*, to be paid monthly in arrears. |
| **Fees:** | An origination fee equal to 0.50% of the Facility Amount would be payable at closing, or subject to accrual at the election of Lender. |
| **Loan Term and Repayment:** | 36 months from closing. Interest only due and payable monthly during the term of the loan. All payments applied first to interest and then to principal reduction. |
| **Prepayment:** | The loan would be fully prepayable at any time. |
| **Documentation:** | Facility will be subject to preparation, execution and delivery of loan documents satisfactory to all parties. Such documents will contain conditions to borrowing, representations and warranties, covenants, events of default, indemnification, payment of expenses, agency and other provisions normal and customary for loans of this type. |
| **Conditions To Closing:** | Approval by the U.S. Bankruptcy Court pursuant to 11 USC 364(c)(1) and 364(d)(1). |

Exhibit B