# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In re:                                             **Chapter 11**

**S.H.S. RESORT, LLC,**                    **Case No. 10-25886(MGW)**

                        **Debtor.**
_____/

## MOTION OF HELIOS AMC
## FOR RELIEF FROM AUTOMATIC STAY

Helios AMC ("Helios"), as agent for creditor German American Capital Corporation ("GAC"), through its undersigned counsel and pursuant to 11 U.S.C. §§ 362(d)(1), 362(d)(2), 362(d)(3) and Fed. R. Bankr. P. 4001, files this motion for relief from the automatic stay to pursue *in rem* relief against certain real and personal property held by the debtor, S.H.S. Resort, LLC ("Debtor"). In support of this motion, Helios states:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction to hear and determine this motion under U.S.C. § 1334 and 11 U.S.C. § 362. This matter is a core proceeding pursuant to 28 U.S.C. §157 (b)(2)(G).

2.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### INTRODUCTION

3.      On or about October 28, 2010 (the "Petition Date"), the Debtor filed a petition for relief (the "Petition") under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Code"), in the United States Bankruptcy Court for the Middle District of Florida (the "Court").

4.      The Debtor's single asset is a spa and resort facility located at 105 N. Bayshore Drive, Safety Harbor, Pinellas County, Florida.  This is a single-asset real estate case as that term is defined under 11 U.S.C. § 101(51B).

5.      Helios is a creditor of the Debtor, with a claim in excess of $29 million.[1]

6.      The debt at issue arises from a loan made to Debtor to refinance its purchase of the spa and resort facility (the "Loan") and other agreements between the Debtor and Wells Fargo, N.A. ("Wells Fargo") relating to the Loan (collectively, the "Loan Documents," as that term is defined below).

7.      The debt remains unpaid by Debtor.

8.      As a result of the default, on or about October 22, 2010, Wells Fargo filed suit in the Circuit Court for the Sixth Judicial Circuit in and for Pinellas County, Florida, [Case No. 10-15705-CI-11], to *inter alia*, foreclose on certain real and related personal property securing the Loan (the "State Court Action").

9.      This Chapter 11 case was filed to stay the state court from considering Wells Fargo's foreclosure complaint in the State Court Action.

10.     Upon information and belief, the net rental revenue from the property is insufficient to pay real estate taxes, payroll taxes, insurance premiums and other amounts owed under the Loan Documents.

11.     The Debtor has failed to make required payments for real estate taxes on the real property securing Helios' claim.

---

[1] Helios is an agent for GAC under a Limited Power of Attorney.  GAC is a creditor of the Debtor by virtue of its purchase of the Debtor's Loan with Wells Fargo, and by virtue of Wells Fargo's assignment, and GAC's assumption, of Wells Fargo's rights and obligations under the Loan Documents and security instruments.  A Notice detailing this transaction was filed with the Court as D.E. 177.

12.     The Debtor has no equity in the property.  Helios' claim exceeds $30 million while the Debtor's property securing the claim has a value of $13,857,816.67.

13.     The Debtor is committing waste and otherwise mismanaging the real and personal property securing the Loan by, *inter alia,*

     a.   failing to pay real estate taxes with respect to the real property securing the Loan;

     b.   failing to properly manage the resort and spa business operating on the property.

14.     Consequently, Helios' interests are not adequately protected and this Court should terminate the automatic stay and permit Helios to continue to pursue the *in rem* relief initiated by Wells Fargo against the property securing the loan.


## FACTUAL BACKGROUND

### A.     The Loan

1.   On or about October 5, 2006, the Debtor entered into a Loan Agreement (the "Loan Agreement") with Wells Fargo, N.A. ("Wells Fargo") wherein Wells Fargo agreed to make a loan to the Debtor (the "Loan") in the amount of $29,700,000.00, subject to the terms and conditions set forth therein.  (*See* Affidavit of Thomas Deja ("Deja Aff."), Exhibit "1").

2.   The Loan is evidenced by a Renewal and Consolidation Promissory Note Secured by Mortgage dated as of October 5, 2006, executed by the Debtor in favor Wells Fargo in the original principal amount of $29,700,000.00 (the "Note").  (Deja Aff., Exhibit 2).

3.   To secure payment of the Loan, the Debtor and Wells Fargo entered into that certain Mortgage Modification and Future Advance Agreement dated October 5, 2006 (the "Mortgage Modification").  (Deja Aff., Exhibit 3).

4.   The Mortgage Modification amended and restated in its entirety a prior mortgage held by Wells Fargo in accordance with the terms of an Amended and Restated Mortgage with Absolute Assignment of Leases and Rents, Security Agreement and Fixture Filing (the "Amended and Restated Mortgage").   The Amended and Restated Mortgage was attached as Exhibit A to the Mortgage Modification and is included as part of Exhibit 3 attached to the Deja Affidavit.

5.   Pursuant to the Amended and Restated Mortgage, the Debtor granted to Wells Fargo a mortgage lien and security interest in the real property described therein (the "Real Property"), and certain personal property (tangible and intangible) and other assets located on the Real Property or used or arising in connection with the operation of the Real Property as more particularly described in the Amended and Restated Mortgage (the "Personal Property," which collectively with the Real Property shall be referred to herein as the "Mortgaged Property").   The Amended and Restated Mortgage contains an assignment of leases and rents, which shall be referred to herein as the "Assignment of Rents."

6.   The Mortgage Modification, and the attached Amended and Restated Mortgage, was recorded on October 6, 2006, in Official Records Book 15407, Page 998, of the Public Records of Pinellas County, Florida.

7.   On or about October 31, 2006, the Debtor and Wells Fargo entered into an interest rate exchange transaction evidenced by that certain ISDA Confirmation agreement dated October 31, 2006 (the "Confirmation Agreement").   (Deja Aff., Exhibit 4).

8.   As contemplated by the Confirmation Agreement, the Debtor and Wells Fargo subsequently entered into that certain ISDA Master Agreement dated as of October 31, 2006 (the "Master Agreement") and that certain Schedule to the Master Agreement executed by wells

Fargo on November 1, 2006, and by the Debtor on November 8, 2006 (the "Schedule"). (Deja Aff., Exhibit 5 and Exhibit 6, respectively).

9. The Confirmation Agreement, the Master Agreement and the Schedule are sometimes hereinafter collectively referred to as the "Swap Contract."

10. To secure the Debtor's performance under the Swap Contract, the Debtor and Wells Fargo entered into that certain Modification Agreement dated June 25, 2007, and recorded in Official Records Book 15864, Page 1864, of the Public Records of Pinellas County, Florida (the "Modification Agreement"), pursuant to which the parties agreed that the payment and performance of all covenants and obligations of the Debtor under the Swap Contract were additional secured obligations under the Amended and Restated Mortgage. (Deja Aff., Exhibit 7).

11. The Amended and Restated Mortgage (Exhibit A to Exhibit 3 of the Deja Affidavit), as modified by the Modification Agreement (Exhibit 7 of the Deja Affidavit), shall hereinafter be referred to as the "Mortgage."

12. Wells Fargo perfected its security interest in the Personal Property securing the Loan by recording a UCC-1 Financing Statement (the "Financing Statement" or "UCC-1"). The UCC-1 was filed on October 9, 2006, as Instrument No. 200603851248 in the Florida Secured Transaction Registry. (Deja Aff., Exhibit 8).

13. The Loan Agreement, the Note, the Swap Contract, the Mortgage, the Financing Statement, the Guaranties, and any other loan documents that evidence or secure the obligations of the Loan from Wells Fargo to the Debtor, shall hereinafter collectively be referred to as the "Loan Documents."

14. The Loan Documents are secured by the Mortgaged Property.

15. A default under one of the Loan Documents is a default under all of the Loan Documents.

**B.      The Debtor Defaulted Under the Loan Documents Pre-Petition**

16. The Debtor defaulted under the Loan Documents prior to filing the Petition by, *inter alia*, failing to pay the unpaid principal balance of the Loan at maturity on October 5, 2009, as required pursuant to Article 2.5 of the Loan Agreement and pursuant to the Note.  The principal amount due on the Loan at maturity was $29,700,000.00.

**C.      Wells Fargo's Demand for Payment**

17. On or about September 2, 2010, Wells Fargo provided written notice to the Debtor of the defaults and demanding payment of the principal balance, unpaid accrued interest, late charges, protective advances, and unpaid swap fees then owed to the Wells Fargo pursuant to the Loan Documents (the "Demand Letter").  (Deja Aff., Exhibit 9).

**D.      German American Capital Purchases the Loan**

18.      On or about April 1, 2011, German American Capital Corporation ("GAC") purchased the Loan from Wells Fargo.  (Deja Aff., Exhibit 10).

19.      On or about April 5, 2011, GAC executed a Limited Power of Attorney in favor of Helios AMC ("Helios"), under which Helios was granted the power to exercise all of GAC's rights under the Loan Documents.  (Deja Aff., Exhibit 11).

### E.     Amounts Due From the Debtor

20. As of the instant date, the Debtor has failed to pay the amount due to Helios.  On January 4, 2011, Wells Fargo filed a Proof of Claim is the total amount of $30,679,879.26.  This amount is broken down as follows:

| | |
|---|---|
| **Principal due on the Note** | **$ 29,700,000.00** |
| **Interest Due** | **$    651,625.50** |
| **Late Charges** | **$    27,679.10** |
| **LACE** | **$    67,839.84** |
| **Legal Costs** | **$    39,921.12** |
| **Insurance (LACE)** | **$    351.00** |
| **Insurance** | **$    800.00** |
| **<u>Swap Termination and Payment</u>** | **<u>$   191,662.70</u>** |
| **TOTAL** | **$30,679,879.26** |

(Deja Aff., ¶ 20).

## ARGUMENT

### A.     Helios is Entitled to Relief from the Automatic Stay Under § 362(d)(1)

15.　　Under 11 U.S.C. § 362(d)(1), an automatic stay may be lifted "for cause, including the lack of adequate protection of an interest in property of such party in interest." "Cause" is not defined under the Code.  *See In re Bogdanovich*, 292 F.3d 104, 110 (2d Cir. 2002).  Accordingly, courts determine whether "cause" exists on a case-by-case basis, examining the totality of the circumstances.  *See*, *e.g.*, *In re Mack*, No. 6:06-CV-1782ORL-19, 2007 WL 1222575, at *2 (M.D. Fla. Apr. 24, 2007).  When deciding whether to lift the automatic stay,

courts will take into consideration the impact of the stay on the parties, and the balance of harm that may result if the stay is lifted. *See In re Aloisi*, 261 B.R. 504, 508 (Bankr. M.D. Fla. 2001).

16.     Here, Helios' collateral under the Loan Documents is comprised primarily of commercial real estate, specifically, a spa and resort facility.  In the current real estate market, the value of the Mortgaged Property is likely to decline.  The Debtor has not offered, and cannot offer, adequate protection to offset the likely continued decline in the value of Helios' collateral.  In addition, the Debtor has been unable to pay the real estate taxes on the Mortgaged Property, further endangering Helios' collateral.  Because there is no equity in the Mortgaged Property to cushion any further decline in the Mortgaged Property's value, the stay should be lifted so Helios can take all appropriate and permissible steps to preserve the value of the Mortgaged Property and minimize the magnitude of its losses resulting from the Debtor's defaults.

**B**      **Helios is also Entitled to Relief from the Automatic Stay Under § 362(d)(2)**

17.     Section 362(d)(2) provides that the stay may be lifted if the debtor has no equity in the property and the property is not necessary to an effective reorganization.  11 U.S.C. § 362(d)(2).

18.     The Debtor has no equity in the Mortgaged Property.  As of January 4, 2011, the date Wells Fargo filed its Proof of Claim which was subsequently transferred to Helios, the debt secured by the Mortgaged Property was more than $30million.  For purposes of this bankruptcy proceeding, the parties have agreed – and the Court has recognized – a value of $13,857,816.67 for the Mortgaged Property.  Accordingly, Helios is an undersecured creditor within the meaning of § 362(d)(2)(A) and satisfies the first requirement for stay relief.

19.     Regarding the second requirement of § 362(d)(2), courts have construed the requirement for an "effective reorganization" to mean "there must be a reasonable possibility of a successful reorganization within a reasonable time" and that the property at issue will contribute to this effect. *United Sav. Ass'n of Tex. v. Timbers of Inwood Forest Assocs., Ltd. (In re Timbers of Inwood Forest Assocs., Ltd.),* 108 S. Ct. 626, 632 (1988).

20.     Although a "somewhat relaxed" standard of proof is usually imposed on the debtor in the early stages of reorganization, "a reasonable probability [of reorganization] cannot be grounded solely on speculation" and a "mere financial pipe dream" is not enough to satisfy the requirement of § 362(d)(2). *In re Planned Systems, Inc.*, 78 B.R. 852, 866 (Bankr. E.D. Ohio 1987) *citing In re Dublin Properties*, 12 B.R. 77, 81 (Bankr. E.D. Pa. 1981).

21.     Here, there is no reasonable possibility of a successful reorganization within a reasonable time. The Debtor's sole asset is the Mortgaged Property, in which it has no equity and which, based on the rationale behind the Petition, is not generating sufficient income for the Debtor to meet its current obligations as they come due in the ordinary course of business. In the current real estate market in Florida and in the current depressed economic times for luxury resort and spa services, it is improbable that revenues from the Mortgaged Property will improve sufficiently to allow the Debtor to meet its obligations in the near future. A successful reorganization is unlikely. Indeed, the Debtor's inability to meet its monthly expenses will likely cause it to default on its post-petition obligations, such as maintenance costs and real estate tax payments, further endangering the value of Helios' collateral.

22.     The fact that the Debtor is unable to file a confirmable Plan is apparent from the constantly changing – and inordinately vague – terms the Debtor has proposed. The Debtor has filed three separate versions of its "Plan." Originally, the Debtor proposed to fund the Plan

entirely from revenue generated by the spa and resort. (Plan, D.E. 134, § 8.02). In addition, the Plan anticipated an infusion of $2 million in working capital. (Id., § 8.04). In the Second Amended Plan, has realized that operating revenues would be insufficient to fund the Plan and is proposing a $5 million infusion of equity. (Second Amended Plan, D.E. 175, § 8.04). No details are provided as to where this infusion would come from or when it would occur.[2] The Debtor also proposes to inject an additional $4 million from income generated by, and ultimate sale of, the Wachovia Securities Walgreens Portfolio held by non-debtor ODG. In short, the Debtor proposes to obtain a total of $9 million of non-Debtor cash to assist in funding the Second Amended Plan, but the details are sketchy. Recognizing that this $9 million is required to fund a confirmable plan, while failing to provide sufficient details as to where this $9 million will come from, is the very definition of a "financial pipe dream." Add to that the need to fund an additional $2.8 million from a sale of real property that contains so many contingencies that it is likely never to happen (and with no alternative method of funding the $2.8 million if the sale does not close) and it is apparent that the Debtor has no hope of realizing or offering the type of solid capital infusion that is necessary for the success of any reasonable plan.

**C**      **Helios is also Entitled to Relief from the Automatic Stay Under § 362(d)(3)**

23.      11 U.S.C. § 362(d)(3) provides that in a single-asset real estate case, a creditor who holds a security interest in the real estate should be granted relief from the automatic stay *unless* (i) the debtor has filed a plan of reorganization that has a reasonable possibility of being confirmed in a

---

[2] Helios has recently learned that the $5 million cash infusion will be generated by the sale of Allstate securities held by non-Debtor ODG. The amount of equity the Debtor has in these securities is unclear (there apparently are loans against the securities) and it is also unclear what penalty the Debtor will need to pay if the securities are sold before 2013 (sale is restricted until then).

reasonable time or (ii) the debtor is making monthly payments to the secured creditor in an amount equal to the contractual interest due and owing on the debtor's debt to the secured creditor.

24.     Here, the Debtor has not – and cannot – file a plan that is reasonably certain to be confirmed.  *See* ¶¶ 21, 22, *supra*.  Moreover, the Debtor has not been making monthly interest payments to Helios.  As such, Helios is entitled to stay relief under 11 U.S.C. § 362(d)(3).

25.     Helios should not be made to wait to obtain its deteriorating collateral while the Debtor and the Mortgaged Property languish in bankruptcy with no reasonable possibility of reorganization.  Accordingly, the stay should be lifted to allow Helios to foreclose its collateral, including the Mortgaged Property.

<p align="center"><strong><u>CONCLUSION</u></strong></p>

26.     For the reasons set forth above, Helios should be granted relief from stay under Bankruptcy Code § 362(d)(1), § 362(d)(2) and/or § 362(d)(3) to continue the State Court Action initiated by Wells Fargo, or commence its own action, and foreclose the Mortgage lien on the Mortgaged Property.

27.     There is no equity in the Mortgaged Property.  The Mortgaged Property continues to depreciate, while the balance owed to Helios continues to increase.  Moreover, the Debtor continues to endanger Helios' collateral by failing to make required tax payments and by generally mismanaging the resort and spa business.

28.     Helios is entitled to modification of the automatic stay pursuant to 11 U.S.C. §§ 362(d)(1), 362(d)(2) and/or 362(d)(3) because Helios is not receiving adequate protection (the Debtor is not even making monthly interest payments), the Debtor has no equity in the Mortgaged Property, and the Mortgaged Property is not necessary for the Debtor's reorganization.

**WHEREFORE,** Helios respectfully requests this Court enter an order granting stay relief to allow Helios to proceed with all remedies available relative to the Mortgaged Property – including but not limited to -- continuation of the State Court Action initiated by Wells Fargo, waiving the application of Rule 4001(a)(3) so that Helios may take possession of the Mortgaged Property immediately, and granting such further relief as deemed appropriate.

Dated: April 12, 2011

<div style="margin-left:40%">

*/s/ Hywel Leonard*
Hywel Leonard
Florida Bar Number 296376
CARLTON FIELDS, P.A.
Post Office Box 3239
Tampa, Florida  33601-3239
Telephone:  (813) 223-7000
Facsimile:   (813) 229-4133
hleonard@carltonfields.com
--and--
Merrick L. Gross
Florida Bar Number 716677
CARLTON FIELDS, P.A.
Miami Tower
100 S.E. Second Street, Suite 4200
Miami, Florida  33131-2114
Telephone:  (305) 530-4046
Facsimile: (305) 530-0055
mgross@carltonfields.com

Counsel for Helios AMC

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on **April 12, 2011**, I electronically filed the foregoing Motion for Relief from the Automatic Stay with the Clerk of Court, and served the foregoing through the Court's electronic transmission facilities upon the Filing Users registered to receive filings in this case and by regular mail on the persons shown on the attached service list.

/s/ Hywel Leonard
Attorney

Label Matrix for local noticing
113A-8
Case 8:10-bk-25886-MGW
Middle District of Florida
Tampa
Mon Apr 11 13:24:05 EDT 2011

A-T Communications
1511 Tangerine St.
Clearwater, FL 33756-3607

ADP Screening Services
36307 Treasury Center
Chicago, IL 60694-6300

ADP, Inc.
P.O. Box 9001006
Louisville, KY 40290-1006

ADT Security Svces, Inc.
P.O.Box 371967
Pittsburgh, PA 15250-7967

ASCAP
2675 Paces Ferry Rd SE
Suite 360
Atlanta, GA 30339-4052

AVI-SPL
P.O. Box 62257
Baltimore, MD 21242

Able Body Labor
3040 Gulf to Bay Blvd.
Clearwater, FL 33759-4359

Airgas South
12650 49th St. N.
Clearwater, FL 33762-4601

Alba Naturals
518  Pasaje Ave
Tarpon Springs, FL 34689-5728

Alsco
660 40th St. S.
St. Petersburg, FL 33711-1641

American Arbitration Assn.
2000 Century Parkway
Suite 300
Atlanta, GA 30345-3306

American Bus Association
700 13th St, NW
Suite 575
Washington, DC 20005-5923

American Inst. of Polish Culture
9190 49th Street N.
Pinellas Park, FL 33782-5228

American Work Force
Wells Fargo Bus. Credit
Dept. 1494
Denver, CO 80291-0001

Anesti Siandris
4115 Boyd Ln
Palm Harbor, FL 34685-3320

Aqua Engineers & Systems
P.O. Box 76214
St. Petersburg, FL 33734-6214

Aqua World
3681 Sacramento
Unit 3 South
San Luis Obispo, CA 93401-7120

Arome Dry Cleaners
1969 Sunset Pt. Road
#5
Clearwater, FL 33765-1144

Artistic Pools of Florida, Inc.
2841 Roosevelt Blvd.
Clearwater, FL 33760-1999

Ashberry Water Conditioning
2405 4th Ave. E.
Tampa, FL 33605-5431

Ashberry Water Conditioning
706 G Street
Brunswick, GA 31520-6749

BMI
3131 E. Camelback Rd
Suite 320
Phoenix, AZ 85016-4536

BTM Team USA, Inc.
3021 Bayshore Pt. Drive
Tampa, FL 33611-5342

Bandit Fitness
13555 49th St. N.
Clearwater, FL 33762-3732

Bank of America
Business Card
P.O. Box 15710
Wilmington, DE 19886-5710

Denise E Barnett
United States Trustee
501 East Polk Street
Suite 1200
Tampa, FL 33602-3945

Steven M Berman
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602-5153

Boca Terry
3000 SW 15th St
Suite H
Deerfield Bch, FL 33442-8198

Brennick Brothers, Inc.
P.O. Box 279
Riverview, FL 33568-0279

Brighthouse Networks
700 Carillon Parkway
St. Petersburg, FL 33716-1123

C.C. Communications
411 S. Bayshore Blvd.
Safety Harbor, FL 34695-4000

CIRSCO
2904 S. Falkenburg Road
Riverview, FL 33578-2554

CIRSCO, Commercial Industrial Roof Servcies
c/o Kristopher E. Fernandez, Esquire
114 S. Fremont Avenue
Tampa, FL 33606-1703

Cascade Water Services
113 Bloomingdale Rd.
Hicksville, NY 11801-6547

Casual Furniture
6625 35th Street
Pinellas Park, FL 33781-6297

Cendyn
1515 N. Federal Hwy
Suite 419
Boca Raton, FL 33432-1954

Certegy Check Services
P.O. Box 30038
Tampa, FL 33630-3038

Certified Service
1183 Grove St.
Clearwater, FL 33755-4827

Cintas Corporation
P.O. Box 630910
Cincinnati, OH 45263-0910

Cintas FAS
Lockbox 636525
P.O. Box 636525
Cincinnati, OH 45263-6525

Cirsco, Commercial Industrial Roof Services
2904 S. Falkenburg Road
Riverview, FL 33578-2554

City of Safety Harbor
750 Main Street
Safety Harbor, FL 34695-3553

City of Safety Harbor, Florida
750 Main Street
Safety Harbor, FL 34695-3553

City of Safety Harbor, Florida
c/o Caitlin Sirico, Esquire
750 Main Street
Safety Harbor, Florida 34695-3553

Colonial Florist, Inc.
344 Main Street
Safety Harbor, FL 34695-3645

Commercial Indust Roof
8402 Sabal Industrial Bl
Tampa, FL 33619-1358

Control System Specialists, Inc.
2430 US Hwy 301 S.
Tampa, FL 33619-5027

Convention So. Magazine
P.O. 2267
Gulf Shores, AL 36547-2267

Convention South
P.O. Box 2267
Gulf Shores, AL 36547-2267

Courtesy Products, LLC
P.O. Box 17488
St. Louis, MO 63178-7488

DMX Inc
1703 West Fifth Ste Ste 600
Austin TX 78703-4893

DMX Music
P.O. Box 660557
Dallas, TX 75266-0557

Dana Dineen Floral Design, Inc.
1219 Aloha Lane
Clearwater, FL 33755-1402

Data Plus
91 Tyngsboro Road
North Chelmsford, MA 01863-1322

Denis Govan
807 Magnolia Dr.
Clearwater, FL 33756-4031

Department of Labor and Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee FL 32399 0648

Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668

Diane Nelson
Tax Collector
P.O. Box 10821
Clearwater, FL 33757-8821

Dorothea W. Hartley & Assoc.
854 East Main Street
Ventura, CA 93001-2908

Dreyer's Grand Ice Cream, Inc.
3852 Collections Ctr. Dr
Chicago, Il 60693-0038

Ebasco Consumer Magazine
P.O. Box 830460
Birmingham, AL 35283-0460

Ecolab Pest Elimination
P.O. Box 6007
Grand Forks, ND 58206-6007

Elston's, Inc. 1
4861 62nd Ave. N.
Pinellas Park, FL 33781-5912

Envala, Inc.
6551 Industrial Avenue
Port Richey, FL 34668-6852

Espiritu Santu Springs, LLC
c/o Roger Kumar
202 Shore Drive East
Oldsmar, FL 34677-3708

Evolution The Salon Source, Inc
5858 St. Augustine Road
Jacksonville, FL 32207-8032

FFVA Mutual Insurance Co.
P.O. Box 918292
Orlando, FL 32891-0001

Farmer Brothers
20333 S Normandie Ave
Torrance CA 90502-1254

Farmer Brothers, Co,
P.O. Box 934237
Atlanta, GA 31193-4237

FedEx
P.O. Box 1625
Dallas, TX 75266

FedEx Customer Information Services
Revenue Recovery
3965 Airways Blvd Mod G 3rd Floor
Memphis TN 38116-5017

Kristopher E Fernandez
114 South Fremont Avenue
Tampa, FL 33606-1703

Fia Card Services, NA As Successor In Intere
Bank of America NA and Mbna America Bank
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713-6000

First Data
PO Box 2024
Englewood, CO 80150-2024

First Ins. Funding Corp.
P.O. Box 66468
Chicago, IL 60666-0468

First Insurance Funding Corp
450 Skokie Blvd Ste 1000
Northbrook IL 60062-7917

Fisher and Phillips LLP
1075 Peachtree Street NE Ste3500
Atlanta GA 30309-3958

Florida Business Association
P.O. Box 1625
Lake Worth, FL 33460-1625

Florida Department of Revenue
19337 US Highway 19 N
Suite 200
Clearwater, FL 33764-3149

Florida Department of Revenue
c/o Lisa Vickers
5050 W. Tennessee St
Tallahassee, FL
32399-0100

Florida Leak Locators
8340 Ulmerton Road
Suite 216
Largo, FL 33771-5320

Ford Credit
PO Box 650575
Dallas, TX
75265-0575

Ford Motor Credit Company, LLC
c/o Brad W. Hissing, Esq.
POB 800
Tampa FL 33601-0800

Frank E. Touloumis

Frank E. Touloumis
1992 Swan Ln
Palm Harbor, FL 34683-6276

George E. Touloumis
406 Westborough Ln
Safety Harbor, FL 34695-4440

Global Edge Media LLC
13585 49th Street N.
Suite C
Clearwater, FL 33762-3742

Grant Hermond & Assoc.
P.O. Box 594
Palm Harbor, FL 34682-0594

Gulf Coast Reporting
P.O. Box 2467
Palm Harbor, FL 34682-2467

Gulf Gateway Electronics
2579 24th Ave. N.
St. Petersburg, FL 33713-4320

Gulfstar Rental Solutions
2910 Drane Field Rd.
Lakeland, FL 33811-1329

HD Supply Facilities Maint.
P.O. Box 509058
San Diego, CA 92150-9058

HD Supply Plumbing/HVAC, Ltd.
P.O. Box 934790
Atlanta, GA 31192-0001

Hanlon Acoustical Ceilings
182 Douglas Road E.
Oldsmar, FL 34677-2939

Heartland Food Products, Inc.
1900 West 47th Place
Suite 302
Westwood, KS 66205-1868

Helios AMC
350 Sentry Parkway
Blue Bell, PA  19422

Heron Publishing
4432 Commercial Way
Spring Hill, FL 34606-1966

Hill Manufacturing Co., Inc.
1500 Jonesboro Road SE
Atlanta, GA 30315-4085

Brad W. Hissing
Kass Shuler Solomon Spector Foyle et al
PO Box 800
Tampa, FL 33601-0800

Holiday Seafood, Inc.
589 Island Drive
Tarpon Springs, FL 34689-3147

Home Depot Credit Services
P.O. Box 9121
Des Moines, IA 50306-9121

Hotel-Motel Index
1556 Halford Avenue
Suite 334
Santa Clara, CA 95051-2661

IKON Financial Services
c/o Rosa Dominy
Bankruptcy Administration
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Ibahn
P.O. Box 51259
Los Angeles, CA 90051-5559

Ice Portal
3595 Sheridan Street
Suite 200
Hollywood, FL 33021-3657

Ikon Financial Service
P.O. Box 13708
Macon, GA 31208-3708

Ikon Financial Service
P.O. Box 740540
Atlanta, GA 30374-0540

Ikon Office Solutions
3920 Arkwright Road Ste 400
Macon GA 31210-1748

Industrial Fire & Safety
12075 34th St N
St Petersburg, FL 33716-1845

Industrial Steam Cleaning
P.O. Box 976
Lutz, FL 33548-0976

Integrated Systems of Florida
180 Scarlet Boulevard
Oldsmar, FL 34677-3002

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

International Spa Association
2365 Harrodsburg Rd.
Suite A325
Lexington, KY 40504-3366

Jan Kreft Murals, Inc.
783 65th Ave S
St. Petersburg, FL 33705-5925

Jaske.com
P.O. Box 59823
Chicago, IL 60659-0823

Jetport Environmental, Inc.
62 W, Illiana St.
Orlando, FL 32806-4459

John E. Touloumis
656 Spring Lake Cir
Tarpon Springs, FL 34688-4973

Kerstin Florian International
20492 Crescent Bay Drive
Suite 100
Lake Forest, CA 92630-8848

Keystone Consulting Group, LLC
C/O Hugo S deBeaubien
101 E. Kennedy Blvd Ste 2800
Tampa, Fl 33602-5150

| | | |
|---|---|---|
| Krista Gottlieb, Esq<br>17 Court Street Ste 600<br>Buffalo NY 14202-3205 | L'Ortega & Assoc. of Tampa Bay, LLC<br>550 N, Reo Street<br>Suite 300<br>Tampa, FL 33609-1037 | Lakeside Plumbing, Inc.<br>103 Douglas Road East<br>Unit D<br>Oldsmar, FL 34677-2959 |
| Hywel Leonard<br>Carlton Fields, PA<br>P O Box 3239<br>Tampa, FL 33601-3239 | Leslie's Pool Supplies<br>P.O. Box 501162<br>St. Louis, MO 63150-1162 | Let Them Eat Cake, Inc.<br>3805 S. Westshore Blvd.<br>Tampa, FL 33611-1047 |
| Lighting By Design Galleries<br>2112 W. Galena Blvd.<br>Suite 8-438<br>Aurora, IL 60506-3255 | Living Plants/Evergreen<br>P.O. Box 320481<br>Tampa, FL 33679-2481 | Lodgenet Entertainment<br>P.O. Box 952141<br>St. Louis, MO<br>63195-2141 |
| Lodgenet Interactive Corp.<br>3900 W. Innovation St.<br>Sioux Falls, SD<br>57107-7002 | MDT Personnell LLC<br>17757 US Hwy 19 Ste 660<br>Clearwater Fl 33764-6598 | MPI Florida Chapters<br>5950 NW 1st Place<br>Gainesville, FL 32607-6018 |
| MPI Greater NY<br>7 Fox Run Road<br>Briarcliff Manor, NY 10510-1736 | Nicole M Mariani<br>Kass, Shuler, Solomon, Spector, etal<br>PO Box 800<br>Tampa, FL 33601-0800 | Marlin Leasing Corp.<br>P.O. Box 13604<br>Philadelphia, PA<br>19101-3604 |
| Marlin Leasing orp.<br>P.O. Box 13604<br>Philadelphia, PA<br>19101-3604 | Master Purveyors<br>6003 N. 54th Street<br>Tampa, FL 33610-4830 | McMullen Flower Shop<br>101 Main Street<br>Suite F<br>Safety Harbor, FL 34695-3656 |
| Media General DBA Tampa Tribune<br>P.O. Box 85000<br>Richmond VA 23285-5000 | Metrocars, Inc.<br>16691 US Highway 19 N.<br>Clearwater, FL 33764 | Micros of Central Florid<br>270 W. Marvin Avenue<br>Longwood, FL<br>32750-5473 |
| Micros of Central Florida, Inc.<br>270 W. Marvin Avenue<br>Longwood, FL<br>32750-5473 | Miles Media Group<br>6751 Professional Pkwy West Ste 200<br>Sarasota Fl 34240-8450 | Miles Media Group, LLLP<br>P.O. Box 116755<br>Atlanta, GA<br>30368-6755 |
| Mobile Mini, Inc.<br>P.O. Box 740773<br>Cincinnati, OH<br>45274-0773 | Morris Vistor Publications<br>P.O. Box 1584<br>Augusta, GA 30903-1584 | Nicole C Nate<br>Zimmet, Unice & Salzman PA<br>2570 Coral Landings Blvd., Ste 201<br>Palm Harbor, FL 34684-5123 |
| National Distributors<br>5921 Baum Blvd.<br>Pittsburgh, PA<br>15206-3807 | National Hotel & Motel Assn.<br>40087 Mission Blvd.<br>Suite 241<br>Fremont, CA 94539-3680 | Naylor, LLC<br>P.O. Box 847865<br>Dallas, TX<br>75284-7865 |

Nespresso USA, Inc.
P.O. Box 2425
Carol Stream, IL 60132-0001

New Market Intel
75 New Hampshire Ave.
Suite 300
Portsmouth, NH 03801-2864

Office Depot
6600 N Military Trail S413G
Boca Raton Fl 33496-2434

Office Depot, Inc.
P.O. Box 633211
Cincinnati, OH
45263-3211

Office of US Attorney
Attn Civil Process Clerk
400 North Tampa St Suite 3200
Tampa FL 33602-4774

Olympia Hotels Mgmt, LLC
100 N. Main Street
Suite 206
Safety Harbor, FL 34695-3668

Oracle Elevator Co.
P.O. Box 62484
Baltimore, MD
21264-2484

POST Integration, Inc.
c/o Jason J. Romero, Esq.
2929 N. Central Ave., #2100
Phoenix, AZ 85012-2765

PPF Holdings III, Ltd
c/o Maureen A. Vitucci
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2798

Paul's Comm'l Cleaning S
1272 Jamine Avenue
Tarpon Springs, FL 34689-5222

Paul's Comm'l Cleaning Service
1272 Jamine Avenue
Tarpon Springs, FL 34689-5222

Perfect Aire King
P.O. Box 1687
Oldsmar, FL
34677-1687

Perfect Wedding Guide of FL
4044 W. Lake Mary Blvd.
Suite 104, Box 322
Lake Mary, FL 32746-2012

Persa Tapalaga
1870 Main Street
Safety Harbor, FL 34695-3342

Philadelphia Insurance Co.
P.O. Box 70251
Philadelphia, PA
19176-0251

Phillies Florida, LLC
601 N. Coachman Rd.
Clearwater, FL 33765

Pinellas County Board of Cnty Comm.
13805 58th St.
Suite 2-200
Clearwater, FL 33760-3716

Pinellas County Tax Collector
P O Box 10834
Clearwater, FL 33757-8834

Pinellas County Tax Collector (KH)
Post Office Box 10834
Clearwater, FL 33757-8834

Piper Fire Protection, Inc.
P.O. Box 9005
Largo, FL 33771-0005

Pitney Bowes
2225 American Drive
Neehan, WI
54956-1005

Pitney Bowes Global Financial
P.O. Box 856460
Louisville, KY
40285-6460

Pitney Bowes Global Financial Services
27 Waterview Drive
Shelton, CT 06484-4301

Post Integration
10 Music Square East
Nashville, TN 37203-4321

Precision Pours, Inc.
12837 Industrial Park Bl
Plymouth, MN
55441-3910

Preferred Fitness Services
2644 49th Street S.
Gulfport, FL 33707-5402

Prime Rate PFC, Inc.
2141 Enterprise Dr.
PO Box 100507
Florence, S
29502-0507

Prime Rate Premium Finance Corp., Inc.
2141 Enterprise Drive
Florence, SC 29501-1105

Print Source
2440 S.R. 580
Suite 14
Clearwater, FL 33761

Printing Impressions
4181 114th Terrace N
Clearwater, FL 33762-4904

Promotions Unlimited, Inc,
P.O. Box 1633
Boone, NC 28607-1633

Pualani Hawaii
1720 Wilmelmina Rise
Honolulu, HI 96816-3338

Quality Discount Wristbands
P.O. Box 112214
Tacoma, WA 98411-2214

R.L. Schreiber, Inc.
1741 NW 33rd St.
Pompano Beach, FL 33064-1327

RA TLC 2010, LLC: Capital One, N.A.
1835 NE MIAMI GARDENS DR # 451
NORTH MIAMI BEACH, FL 33179-5035

Radio Disney AM 1380 Tampa
5048 Collections Ctr. Dr
Chicago, IL 60693-0050

Ready Care Industries, Inc.
15845 E. 32nd Avenue
Unit A
Aurora, CO 80011-1570

Reliable Septic & Sewer Inc.
6660 90th Avenue N.
Pinellas Park, FL 33782-4532

Sarah Richardson
Pinellas County Attorney's Office
315 Court Street
Clearwater, FL 33756-5165

Jason J Romero
Osborn Maledon, P.A.
2929 N Central Avenue, 21st FL
Phoenix, AZ 85012-2782

Ronay's Design, Inc.
1739 Lady Palm Ct.
Trinity, FL 34655-5035

Rosenthal and Rosenthal Inc
Anthony Di Tirro
1370 Broadway
New York NY 10018-7302

Royal Collection
1901-17 West Bay Dr.
#208
Largo, FL 33770-3051

S.H.S. Resort, LLC
105 N Bayshore Drive
Safety Harbor, FL 34695-3124

SDD, Inc.
800-A NW 17th Avenue
Delray Beach, FL 33445-2581

SESAC
55 Music Square East
Nashville, TN
37203-4362

Sabre Hospitality Solutions
7285 Collection Ctr. Dr.
Chicago, IL 60693-0072

Safety Harbor Hardware
670 Main Street
Safety Harbor, FL 34695-3551

Safety Harbor Medical Wellness
105 N. Bayshore Dr.
Safety Harbor, FL 34695-3124

Sapphire Hotels & Resorts
547 SW 13th
Suite 3
Bend, OR 97702-3171

Seneca Air Conditioning, Inc.
16640 Shady Hills Rd.
Spring Hill, FL 34610-6822

Susan H Sharp
Stichter, Riedel, Blain & Prosser, P.A.
110 E Madison Street, Suite 200
Tampa, FL 33602-4718

Sherwin Williams
2430 State Rd 580
Clearwater, FL 33761-2959

Shoes for Crews LLC
1400 Centerpark Blvd Ste 310
West Palm Beach Fl 33401-7437

Jacqueline A. Simms-Petredis
Akerman Senterfitt
401 E Jackson Street, Ste. 1700
Tampa, FL 33602-5250

Caitlin E. Sirico
Zimmet, Unice & Salzman, PA
2570 Coral Landings Blvd., Suite 201
Palm Harbor, FL 34684-5123

South China Import, Inc.
148 Green Street
Brooklyn, NY 11222-1310

Southern Data Comm
10700 76th Court
Largo, FL 33777-1440

Southwest Contraction, Inc.
14159 Black Lake Rd.
Odessa, FL 33556-3531

Spartan Cleaners
32646 US 19 N
Palm Harbor, FL 34684-3113

Sportsmith
5925 S. 118th  East
#B
Tulsa, OK 74146-6827

Springer Miller
782 Mountain Road
P.O. Box 1547
Stowe, VT 05672-1547

St. Armands Baking Co..
2811 59th Ave. Dr. East
Bradenton, FL 34203-5334

St. Petersburg Times
P.O. Box 1121
St. Petersburg, FL
33731-1121

Stars Signatures, Inc
3789 62nd Avenue N.
Pinellas Park, FL 33781-6001

Stathy Touloumis
2204 Windsong Ct
Safety Harbor, FL 34695-5631

Stericycle, Inc.
P.O. Box 90001590
Louisville, KY
40290-1590

Sunset Pk Massage Supply
4344 S. Manhattan Ave.
Tampa, FL 33611-1304

Sunshine Chem of FL, Inc.
2841 Roosevelt Blvd.
Clearwater, FL 33760-1929

Swiss Chalet Fine Foods
9455 NW 40th St. Road
Miami, FL 33178-2941

Sysco Food Svces W. Coast
Cashier's Office
P.O. Box 1839
Palmetto, FL 34220-1839

Sysco West Coast Florida Inc
3000 69th Street E
Palmetto Fl 34221-8440

TNG Worldwide
23200 Haggerty Rd
Dept. 2305
Farmington Hills, MI 48335-2601

Tampa Bay Magazine
2531 Landmark Drive
Clearwater, FL 33761-3932

Tampa Bay Newspapers
9911 Seminole Blvd.
Seminole, FL 33772-2536

Team Leasing
170 Timber View
Oak Brook, IL 60523-1430

The Good Earth Co
P.O. Box 18184
Tampa, FL
33679-8184

The Knowland Group
600 Beam Street
Salisbury, MD 21801-7803

The Tampa Tribune
P.O. Box 191
Tampa, FL 33601-0191

Tommy's Produce
410 N. Belcher Road
Clearwater, FL 33765-2606

Tony's Cleaning Crew
2924 Drew Street
Apt. 636
Clearwater, FL 33759-3053

Total Compliance Network
5440 NW 33rd Avenue
Suite 106
Ft. Lauderdale, FL 33309-6333

Trane Parts Center
P.O. Box 18547
Tampa, FL 33679-8547

Trane-Tampa Bay
P.O. Box 919309
Orlando, FL
32891-9309

True-Line Coring & Cutting
P.O. Box 87-9745
Kansas City, MO
64187-9745

US Food Service
7004 E Hanna Ave
Tampa Fl 33610-9527

US Foodservice, Inc.
P.O. Box 281841
Atlanta, GA
30384-1841

USA Today
305 Seaboard Lane
Suite 301
Franklin, TN
37067-8288

Unifirst Corporation
6010 E. Adamo Drive
Tampa, FL 33619-3404

United States Trustee - TPA
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

VSC Fire & Security
10343-B Kings Acres Rd
Ashland, VA 23005-8059

Verizon Wireless
PO Box 3397
Bloomington, IL 61702-3397

Maureen A Vitucci
Gray Robinson PA
301 East Pine Street
Suite 1400
Orlando, FL 32801-2798

Wage Watch, Inc.
P.O. Box 15881
Phoenix, AZ 85060-5881

Waste Management
2625 W. Grandview Rd.
Ste. 150
Phoenix, AZ 85023-3113

Waste Management of Pinellas
P.O.Box 105453
Atlanta, GA
30348-5453

Wells Fargo Bank, N.A.
401 E. Jackson St.
Suite 1450
Tampa, FL 33602-5232

Wells Fargo Bank, N.A.
c/o Carlton Fields, P.A.
Attn: Steven C. Dupre
200 Central Av, Ste 2300
St. Petersburg, FL 33701

Wells Fargo Bank, National Association
c/o Hywel Leonard
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL  33601-3239

Wells Fargo National Association
c/o Hywel Leonard
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL  33601-3239

Wheel Fun Rentals
4 Harbor Cove Street
Safety Harbor, FL 34695-2821

William E. Touloumis
5316 Mira Vista Dr
Palm Harbor, FL 34685-3655

Michael G. Williamson
Tampa

Windstream Communications
P.O. Box 580451
Charlotte, NC
28258-0451

XO Communications,  LLC
14239 Collections Ctr Dr
Chicago, IL 60693-0142

Your Help Desk, LLC
15621 Deerglen Dr.
Tampa, FL 33624-1711

Zents
6811 Broadway
Denver, CO 80221-2878

Hugo S. de Beaubien
Shumaker, Loop & Kendrick LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602-5153

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

(d)Internal Revenue Service
Special Procedures
Stop 5720
400 W. Bay St, Ste 35045
Jacksonville, FL 32202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Anesti Siandris

(d)Aqua Engineers & Systems Inc
P.O. Box 76214
St. Petersburg, FL 33734-6214

(u)Coast Brothers, Inc.
6511 43rd St. N.
Unit 1807
Pinellas Park

(u)Employees
See Attached LIst

(du)Employees
See Attached List

(u)Florida Power Corporation d/b/a Progress E

(u)Ford Motor Credit Company, LLC

(u)George E. Touloumis

(u)Helios AMC

(u)John E. Touloumis

(d)PPF Holdings III, Ltd.
c/o Maureen A. Vitucci
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2798

(u)Post-Integration, Inc.

(d)Safety Harbor Hardware
670 Main Street
Safety Harbor, FL 34695-3551

(u)Shoes for Crews, Inc.
400 Centrepark Blvd,

(u)Stathy Touloumis

(d)Tampa Bay Magazine
2531 Landmark Drive
Clearwater, FL 33761-3932

(u)Various Event Contracts

(d)Waste Management
2625 W. Grandview Rd. Ste. 150
Phoenix, AZ 85023-3113

(u)Wells Fargo National Association

(u)William E. Touloumis

End of Label Matrix
Mailable recipients    257
Bypassed recipients     20
Total                  277