## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:

**S.H.S. RESORT, LLC**                    **Case No.: 8:10-bk-25886-MGW**
                                          **Chapter 11 Case**

            **Debtor.**
_____/

### NOTICE OF FILING SECOND AMENDED SCHEDULE F

S.H.S Resort, LLC ("SHS"), by and through its undersigned counsel, hereby gives notice

of filing this, its Second Amended Schedule F.

Dated: April 18, 2011

                    **SHUMAKER, LOOP & KENDRICK, LLP**

                    /s/Hugo S. deBeaubien
                    **STEVEN M. BERMAN, ESQ.**
                    Florida Bar No. 856290
                    sberman@slk-law.com
                    **HUGO S. deBEAUBIEN, ESQ**
                    Florida Bar No. 058100
                    bdebeaubien@slk-law.com
                    101 E. Kennedy Blvd., Suite 2800
                    Tampa, FL 33602
                    Phone: 813-229-7600
                    Fax:  813-229-1660
                    *Counsel for S.H.S. Resort, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **Notice of Filing Amended Schedule F** was served via US Mail or CM/ECF Electronic Notice on: the **Debtor**, the **Office of the United States Trustee**, **Hywel Leonard, Esq**. Carlton Fields, P.A. 4200 Boy Scout Boulevard, Suite 1000, Tampa, FL 33607, all creditors and any parties who have requested electronic service of pleadings, motions and other papers filed in the cases, the Local Rule 1007-2(b) list of interested parties as well as any other persons or parties who were served via the Court's Notice of Electronic Filing as of this 18th day of April, 2011 or via regular United States Mail on the 18th day of April, 2011

/s/Hugo S. deBeaubien
**Attorney**

**United States Bankruptcy Court**

**Middle District of Florida**

In re  S.H.S. Resort, LLC

_____,     Case No.  8:10-bk-25886-MGW
                    Debtor

                                             Chapter  11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 4 | $ 8,105,979.78 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 30,056,386.26 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 1,197,629.68 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 35 | | $ 753,654.54 | |
| G - Executory Contracts and Unexpired Leases | YES | 6 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 53 | $ 8,105,979.78 | $ 32,007,670.48 | |

In re  <u>S.H.S. Resort, LLC</u>                                          Case No. <u>8:10-bk-25886-MGW</u>
                                 Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐       Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,880.00 |
| Able Body Labor 3040 Gulf to Bay Blvd. Clearwater, FL 33759 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 1,644.52 |
| ADP Screening Services 36307 Treasury Center Chicago, IL 60694 | | | Trade Debt | | | | |

<u>34</u>   Continuation sheets attached

Subtotal ➤ $                     3,524.52

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  S.H.S. Resort, LLC _____     Case No. 8:10-bk-25886-MGW _____
                        Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ADP, Inc. <br> P.O. Box 9001006 <br> Louisville, KY <br> 40290 | | | Trade Debt | | | | 4,532.88 |
| ACCOUNT NO. <br><br> ADT Security Svces, Inc. <br> P.O.Box 371967 <br> Pittsburgh, PA <br> 15250 | | | Security Systems / Personnel | | | | 768.26 |
| ACCOUNT NO. <br><br> Airgas South <br> 12650 49th St. N. <br> Clearwater, FL <br> 33762 | | | Trade Debt | | | | 130.02 |
| ACCOUNT NO. <br><br> Alba Naturals <br> 518 Pasaje Ave <br> Tarpon Springs, FL 34689 | | | Trade Debt | | | | 2,379.00 |
| ACCOUNT NO. <br><br> Alsco <br> 660 40th St. S. <br> St. Petersburg, FL 33711 | | | Trade Debt | | | | 25,360.98 |

Sheet no. 1 of 34 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $    33,171.14

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  S.H.S. Resort, LLC _____  Case No. **8:10-bk-25886-MGW** _____

Debtor  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> American Arbitration Assn. <br> 2000 Century Parkway <br> Suite 300 <br> Atlanta, GA 30345 | | | Services Rendered | | | | 250.00 |
| ACCOUNT NO. <br><br> American Bus Association <br> 700 13th St, NW <br> Suite 575 <br> Washington, DC 20005 | | | Membership Dues | | | | 475.00 |
| ACCOUNT NO. <br><br> American Inst. of Polish Culture <br> 9190 49th Street N. <br> Pinellas Park, FL 33782 | | | Advertising | | | | 125.00 |
| ACCOUNT NO. <br><br> American Work Force <br> Wells Fargo Bus. Credit <br> Dept. 1494 <br> Denver, CO 80291 | | | Trade Debt | | | | 4,852.55 |
| ACCOUNT NO. <br><br> Ameri-Pride, Inc. <br> 16604 U.S. Highway 19 N <br> Clearwater, FL 33764 | | | Lawn Service and Pest Control | | | | 375.00 |

Sheet no. _2_ of _34_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  6,077.55

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  S.H.S. Resort, LLC _____        Case No.  8:10-bk-25886-MGW
                              Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Aqua Engineers & Systems Inc<br>P.O. Box 76214<br>St. Petersburg, FL 33734 | | | Trade Debt | | | | 3,210.00 |
| ACCOUNT NO.<br><br>Aqua World<br>3681 Sacramento<br>Unit 3 South<br>San Luis Obispo, CA<br>94301 | | | Trade Debt | | | | 160.22 |
| ACCOUNT NO.<br><br>Arome Dry Cleaners<br>1969 Sunset Pt. Road<br>#5<br>Clearwater, FL 34683 | | | Trade Debt | | | | 146.76 |
| ACCOUNT NO.<br><br>Artistic Pools of Florida, Inc.<br>2841 Roosevelt Blvd.<br>Clearwater, FL 33760 | | | Trade Debt | | | | 250.93 |
| ACCOUNT NO.<br><br>ASCAP<br>2675 Paces Ferry Rd SE<br>Suite 360<br>Atlanta, GA 30339 | | | Music License | | | | 2,601.04 |

Sheet no. 3 of 34 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                    Subtotal  >  $        6,368.95

                                                    Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  S.H.S. Resort, LLC

Debtor

Case No. 8:10-bk-25886-MGW

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ashberry Water Conditioning<br>2405 4th Ave. E.<br>Tampa, FL<br>33605 | | | Trade Debt | | | | 131.77 |
| ACCOUNT NO.<br><br>A-T Communications<br>1511 Tangerine St.<br>Clearwater, FL 33756 | | | Trade Debt | | | | 1,500.00 |
| ACCOUNT NO.<br><br>AVI-SPL<br>P.O. Box 62257<br>Baltimore, MD 21242 | | | Audio / Video Rental | | | | 33,866.58 |
| ACCOUNT NO.<br><br>Bank of America<br>Business Card<br>P.O. Box 15710<br>Wilmington, DE 19886 | | | Credit Card Debt | | | | 42,167.70 |
| ACCOUNT NO.<br><br>Boca Terry<br>3000 SW 15th St<br>Suite H<br>Deerfield Bch, FL 33442 | | | Trade Debt (linens) | | | | 2,775.55 |

Sheet no. 4 of 34 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  >  $ 80,441.60

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  S.H.S. Resort, LLC
                          Debtor

Case No.  8:10-bk-25886-MGW
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Brennick Brothers, Inc. <br> P.O. Box 279 <br> Riverview, FL 33568 | | | Trade Debt | | | | 7,312.55 |
| ACCOUNT NO. <br> Brighthouse Networks <br> 700 Carillon Parkway <br> St. Petersburg, FL 33716 | | | Utility Service | | | | 1,800.00 |
| ACCOUNT NO. <br> Brittany F. Kanuck <br> 215 35th Avenue North <br> St. Petersburg, FL 33704 | | | | X | X | X | Unknown |
| ACCOUNT NO. <br> BTM Team USA, Inc. <br> 3021 Bayshore Pt. Drive <br> Tampa, FL 33611 | | | Trade Debt (web hosting) | | | | 2,950.00 |
| ACCOUNT NO. <br> C.C. Communications <br> 411 S. Bayshore Blvd. <br> Safety Harbor, FL 34695 | | | Trade Debt (PR/Marketing) | | | | 3,200.00 |

Sheet no. 5 of 34 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $    15,262.55

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **S.H.S. Resort, LLC**                                    Case No. **8:10-bk-25886-MGW**
                          Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Cascade Water Services**<br>**113 Bloomingdale Rd.**<br>**Hicksville, NY 11801** | | | **Trade Debt** | | | | 861.00 |
| ACCOUNT NO.<br><br>**Casual Furniture**<br>**6625 35th Street**<br>**Pinellas Park, FL 33781** | | | **Trade Debt** | | | | 256.80 |
| ACCOUNT NO.<br><br>**Cendyn**<br>**1515 N. Federal Hwy**<br>**Suite 419**<br>**Boca Raton, FL 6850.00** | | | **Trade Debt** | | | | 6,850.00 |
| ACCOUNT NO.<br><br>**Certegy Check Services**<br>**P.O. Box 30038**<br>**Tampa, FL 33630** | | | **Trade Debt** | | | | 108.68 |
| ACCOUNT NO.<br><br>**Certified Service**<br>**1183 Grove St.**<br>**Clearwater, FL 33755** | | | **Trade Debt (Oven repair)** | | | | 1,180.25 |

Sheet no. _6_ of _34_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ | 9,256.73

Total  ➤  $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  S.H.S. Resort, LLC
                    Debtor

Case No. 8:10-bk-25886-MGW
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>City of Safety Harbor<br>750 Main Street<br>Safety Harbor, FL 34695 | | | Utility Service | | | | 38,662.14 |
| ACCOUNT NO.<br><br>Coast Brothers, Inc.<br>6511 43rd St. N.<br>Unit 1807<br>Pinellas Park | | | Trade Debt | | | | 8,777.67 |
| ACCOUNT NO.<br><br>Colonial Florist, Inc.<br>344 Main Street<br>Safety Harbor, FL 34695 | | | Trade Debt | | | | 753.01 |
| ACCOUNT NO.<br><br>Commercial Indust Roof<br>8402 Sabal Industrial Bl<br>Tampa, FL 33619 | | | Trade Debt | | | | 5,235.58 |
| ACCOUNT NO.<br><br>Control System Specialists, Inc.<br>2430 US Hwy 301 S.<br>Tampa, FL 33619 | | | Trade Debt | | | | 341.75 |

Sheet no. 7 of 34 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ 53,770.15

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  S.H.S. Resort, LLC                                    Case No.  8:10-bk-25886-MGW
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Convention So. Magazine P.O. 2267 Gulf Shores, AL 36547 | | | Trade Debt | | | | 6,783.00 |
| ACCOUNT NO.  Convention South P.O. Box 2267 Gulf Shores, AL 36547 | | | Trade Debt | | | | 95.00 |
| ACCOUNT NO.  Courtesy Products, LLC P.O. Box 17488 St. Louis, MO 63178 | | | Trade Debt | | | | 578.28 |
| ACCOUNT NO.  Dana Dineen Floral Design, Inc. 1219 Aloha Lane Clearwater, FL 33755 | | | Trade Debt | | | | 155.69 |
| ACCOUNT NO.  Denis Govan 807 Magnolia Dr. Clearwater, FL 33756 | | | Lawn Service | | | | 3,832.00 |

Sheet no. 8 of 34 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  > $        11,443.97

Total  > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  S.H.S. Resort, LLC

Debtor

Case No. 8:10-bk-25886-MGW

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> DMX Music <br> P.O. Box 660557 <br> Dallas, TX 75266 | | | Trade Debt | | | | 1,530.36 |
| ACCOUNT NO. <br><br> Dorothea W. Hartley & Assoc. <br> 854 East Main Street <br> Ventura, CA 93001 | | | Court Reporting | | | | 175.00 |
| ACCOUNT NO. <br><br> Dreyer's Grand Ice Cream, Inc. <br> 3852 Collections Ctr. Dr <br> Chicago, Il 60693 | | | Trade Debt | | | | 224.64 |
| ACCOUNT NO. <br><br> Ebasco Consumer Magazine <br> P.O. Box 830460 <br> Birmingham, AL 35283 | | | Trade Debt | | | | 1,193.51 |
| ACCOUNT NO. <br><br> Ecolab Pest Elimination <br> P.O. Box 6007 <br> Grand Forks, ND 58206 | | | Trade Debt | | | | 5,617.50 |

Sheet no. 9 of 34 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  >  $ 8,741.01

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  S.H.S. Resort, LLC

Debtor

Case No.  8:10-bk-25886-MGW

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Elston's, Inc. 1<br>4861 62nd Ave. N.<br>Pinellas Park, FL 33781 | | | Trade Debt | | | | 1,888.55 |
| ACCOUNT NO.<br><br>Envala, Inc.<br>6551 Industrial Avenue<br>Port Richey, FL 34668 | | | Trade Debt | | | | 950.00 |
| ACCOUNT NO.<br><br>Evolution The Salon Source, Inc<br>5858 St. Augustine Road<br>Jacksonville, FL 32207 | | | Trade Debt | | | | 2,303.46 |
| ACCOUNT NO.<br><br>Farmer Brothers, Co,<br>P.O. Box 934237<br>Atlanta, GA 31193 | | | Trade Debt (Coffee/Tea) | | | | 7,360.16 |
| ACCOUNT NO.<br><br>FedEx<br>P.O. Box 1625<br>Dallas, TX 75266 | | | Trade Debt | | | | 138.33 |

Sheet no. 10 of 34 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  >  $  12,640.50

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  S.H.S. Resort, LLC _____     Case No.  8:10-bk-25886-MGW _____
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 22,133.03 |
| First Ins. Funding Corp. P.O. Box 66468 Chicago, IL 60666 | | | Insurance Premium | | | | |
| ACCOUNT NO. | | | | | | | 335.00 |
| Florida Business Association P.O. Box 1625 Lake Worth, FL 33460 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 400.00 |
| Florida Carpet Service 5150 Ulmerton Road, #2 Clearwater, FL 33760-4013 | | | | | | | |
| ACCOUNT NO. | | | | | | | 300.00 |
| Florida Leak Locators 8340 Ulmerton Road Suite 216 Largo, FL 33771 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 2,299.00 |
| Global Edge Media LLC 13585 49th Street N. Suite C Clearwater, FL 33762 | | | Trade Debt | | | | |

Sheet no. 11 of 34 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  > $      25,467.03

Total  > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  S.H.S. Resort, LLC                                    Case No. 8:10-bk-25886-MGW
                          Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Grant Hermond & Assoc.<br>P.O. Box 594<br>Palm Harbor, FL 34682 | | | Trade Debt | | | | 200.00 |
| ACCOUNT NO.<br><br>Guest Supply<br>P.O. Box 910<br>Monmouth Junction, NJ 08852-0910 | | | | | | | 3,616.86 |
| ACCOUNT NO.<br><br>Gulf Coast Reporting<br>P.O. Box 2467<br>Palm Harbor, FL 34682 | | | Trade Debt | | | | 1,200.00 |
| ACCOUNT NO.<br><br>Gulf Gateway Electronics<br>2579 24th Ave. N.<br>St. Petersburg, FL 33713 | | | Trade Debt | | | | 1,752.65 |
| ACCOUNT NO.<br><br>Gulfstar Rental Solutions<br>2910 Drane Field Rd.<br>Lakeland, FL 33811 | | | Trade Debt | | | | 3,959.00 |

Sheet no. 12 of 34 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 10,728.51

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  S.H.S. Resort, LLC
                                Debtor

Case No. 8:10-bk-25886-MGW
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hanlon Acoustical Ceilings<br>182 Douglas Road E.<br>Oldsmar, FL 34677 | | | Trade Debt | | | | 9,694.00 |
| ACCOUNT NO.<br><br>HD Supply Facilities Maint.<br>P.O. Box 509058<br>San Diego, CA 92150 | | | Trade Debt | | | | 689.67 |
| ACCOUNT NO.<br><br>HD Supply Plumbing/HVAC, Ltd.<br>P.O. Box 934790<br>Atlanta, GA 31192 | | | Trade Debt | | | | 1,599.77 |
| ACCOUNT NO.<br><br>Heartland Food Products, Inc.<br>1900 West 47th Place<br>Suite 302<br>Westwood, KS 66205 | | | Trade Debt | | | | 108.80 |
| ACCOUNT NO.<br><br>Heron Publishing<br>4432 Commercial Way<br>Spring Hill, FL 34606 | | | Trade Debt | | | | 2,077.50 |

Sheet no. 13 of 34 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $     14,169.74

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  S.H.S. Resort, LLC
_____
                    Debtor

Case No.  8:10-bk-25886-MGW
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hill Manufacturing Co., Inc.<br>1500 Jonesboro Road SE<br>Atlanta, GA 30315 | | | Trade Debt | | | | 274.08 |
| ACCOUNT NO.<br><br>Holiday Seafood, Inc.<br>589 Island Drive<br>Tarpon Springs, FL 34689 | | | Trade Debt | | | | 3,880.80 |
| ACCOUNT NO.<br><br>Home Depot Credit Services<br>P.O. Box 9121<br>Des Moines, IA 50368 | | | Trade Debt | | | | 1,145.45 |
| ACCOUNT NO.<br><br>Hotel-Motel Index<br>1556 Halford Avenue<br>Suite 334<br>Santa Clara, CA 95051 | | | Trade Debt | | | | 398.50 |
| ACCOUNT NO.<br><br>Ibahn<br>P.O. Box 51259<br>Los Angeles, CA 90051 | | | Internet Service | | | | 1,740.44 |

Sheet no. 14 of 34 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $  7,439.27

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  __S.H.S. Resort, LLC__                                    Case No. __8:10-bk-25886-MGW__
                                    Debtor                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,195.00 |
| Ice Portal 3595 Sheridan Street Suite 200 Hollywood, FL 33021 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 15,931.44 |
| Ikon Financial Service P.O. Box 740540 Atlanta, GA 30374 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 834.60 |
| Ikon Office Solutions 6700 Sugarloaf Parkway Duluth, GA 30097 | | | | | | | |
| ACCOUNT NO. | | | | | | | 636.65 |
| Industrial Steam Cleaning P.O. Box 976 Lutz, FL 33548 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 1,009.72 |
| Integrated Systems of Florida 180 Scarlet Boulevard Oldsmar, FL 34677 | | | Trade Debt | | | | |

Sheet no. __15__ of __34__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  | $ | 19,607.41 |

Total  ➢  | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **S.H.S. Resort, LLC**                                          Case No. **8:10-bk-25886-MGW**
                                                    Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **International Spa Association** <br> 2365 Harrodsburg Rd. <br> Suite A325 <br> Lexington, KY 40504 | | | Trade Debt | | | | 620.00 |
| ACCOUNT NO. <br><br> **Jaske.com** <br> P.O. Box 59823 <br> Chicago, IL 60659 | | | Trade Debt | | | | 99.95 |
| ACCOUNT NO. <br><br> **Jetport Environmental, Inc.** <br> 62 W, Illiana St. <br> Orlando, FL 32806 | | | Trade Debt | | | | 450.00 |
| ACCOUNT NO. <br><br> **Kerstin Florian International** <br> 20492 Crescent Bay Drive <br> Suite 100 <br> Lake Forest, CA 92630 | | | Trade Debt | | | | 14,914.17 |
| ACCOUNT NO. <br><br> **Lakeside Plumbing, Inc.** <br> 103 Douglas Road East <br> Unit D <br> Oldsmar, FL 34677 | | | Trade Debt | | | | 760.00 |

Sheet no. _16_ of _34_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $            16,844.12

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __S.H.S. Resort, LLC__      Case No. __8:10-bk-25886-MGW__

           Debtor                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Leslie's Pool Supplies <br> P.O. Box 501162 <br> St. Louis, MO 63150-1162 | | | Trade Debt | | | | 109.87 |
| ACCOUNT NO. <br><br> Let Them Eat Cake, Inc. <br> 3805 S. Westshore Blvd. <br> Tampa, FL 33611 | | | Trade Debt | | | | 260.00 |
| ACCOUNT NO. <br><br> Lighting By Design Galleries <br> 2112 W. Galena Blvd. <br> Suite 8-438 <br> Aurora, IL 60506 | | | Trade Debt | | | | 91.00 |
| ACCOUNT NO. <br><br> Living Plants/Evergreen <br> P.O. Box 320481 <br> Tampa, FL 33679 | | | Trade Debt | | | | 2,354.00 |
| ACCOUNT NO. <br><br> Lodgenet Entertainment <br> P.O. Box 952141 <br> St. Louis, MO <br> 63195-2141 | | | Trade Debt | | | | 5,540.51 |

Sheet no. _17_ of _34_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $      8,355.38

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __S.H.S. Resort, LLC__                    Case No. __8:10-bk-25886-MGW__
                            Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>L'Ortega & Assoc. of Tampa Bay, LLC<br>550 N, Reo Street<br>Suite 300<br>Tampa, FL 33609 | | | Trade Debt | | | | 174.62 |
| ACCOUNT NO.<br><br>Marlin Leasing Corp.<br>P.O. Box 13604<br>Philadelphia, PA<br>19101-3604 | | | Trade Debt | | | | 377.90 |
| ACCOUNT NO.<br><br>Master Purveyors<br>6003 N. 54th Street<br>Tampa, FL 33610 | | | Trade Debt | | | | 4,352.79 |
| ACCOUNT NO.<br><br>McMullen Flower Shop<br>101 Main Street<br>Suite F<br>Safety Harbor, FL 34695 | | | Trade Debt | | | | 1,813.12 |
| ACCOUNT NO.<br><br>MDT Personnel<br>17757 US Highway 19 N<br>#660<br>Clearwater, FL<br>33765-6598 | | | | | | | 358.51 |

Sheet no. __18__ of __34__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  7,076.94

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __S.H.S. Resort, LLC_____          Case No. __8:10-bk-25886-MGW____
                                **Debtor**                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,363.00 |
| Metrocars, Inc. 16691 US Highway 19 N. Clearwater, FL 33764 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 3,465.93 |
| Micros of Central Florida, Inc. 270 W. Marvin Avenue Longwood, FL 32750-5473 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 25,820.00 |
| Miles Media Group, LLLP P.O. Box 116755 Atlanta, GA 30368-6755 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 1,521.14 |
| Mobile Mini, Inc. P.O. Box 740773 Cincinnati, OH 45274-0773 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 900.00 |
| Morris Vistor Publications P.O. Box 1584 Augusta, GA 30903 | | | Trade Debt | | | | |

Sheet no. __19__ of __34__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                Subtotal  >  $      **33,070.07**

                                  Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   S.H.S. Resort, LLC                                    Case No.   8:10-bk-25886-MGW
                            Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> National Distributors <br> 5921 Baum Blvd. <br> Pittsburgh, PA <br> 15206-3807 | | | Trade Debt | | | | 319.92 |
| ACCOUNT NO. <br><br> National Hotel & Motel Assn. <br> 40087 Mission Blvd. <br> Suite 241 <br> Fremont, CA 94539 | | | Trade Debt | | | | 398.50 |
| ACCOUNT NO. <br><br> Naylor, LLC <br> P.O. Box 847865 <br> Dallas, TX <br> 75284-7865 | | | Trade Debt | | | | 989.50 |
| ACCOUNT NO. <br><br> Nespresso USA, Inc. <br> P.O. Box 2425 <br> Carol Stream, IL 60132 | | | Trade Debt | | | | 377.60 |
| ACCOUNT NO. <br><br> Office Depot, Inc. <br> P.O. Box 633211 <br> Cincinnati, OH <br> 45263-3211 | | | Trade Debt | | | | 4,974.65 |

Sheet no. 20 of 34 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $        7,060.17

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **S.H.S. Resort, LLC**                                    Case No. **8:10-bk-25886-MGW**
                              Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Olympia Hotels Mgmt, LLC <br> 100 N. Main Street <br> Suite 206 <br> Safety Harbor, FL <br> 34695 | | | Unpaid Management Fees | | | | 100,747.57 |
| ACCOUNT NO. <br><br> Oracle Elevator Co. <br> P.O. Box 62484 <br> Baltimore, MD <br> 21264-2484 | | | Trade Debt | | | | 5,766.73 |
| ACCOUNT NO. <br><br> Paul's Comm'l Cleaning Service <br> 1272 Jamine Avenue <br> Tarpon Springs, FL 34689 | | | Trade Debt | | | | 13,867.20 |
| ACCOUNT NO. <br><br> Pelican Quick Lube <br> 31425 U.S. Highway 19 N. <br> Palm Harbor, FL <br> 34684 | | | | | | | 254.02 |
| ACCOUNT NO. <br><br> Perfect Aire King <br> P.O. Box 1687 <br> Oldsmar, FL <br> 34677-1687 | | | Trade Debt | | | | 90.00 |

Sheet no. _21_ of _34_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  |$          120,725.52

Total  >  |$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   S.H.S. Resort, LLC
                            Debtor

Case No.  8:10-bk-25886-MGW
                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Persa Tapalaga<br>1870 Main Street<br>Safety Harbor, FL 34695 | | | Trade Debt | | | | 1,063.00 |
| ACCOUNT NO.<br><br>Philadelphia Insurance Co.<br>P.O. Box 70251<br>Philadelphia, PA<br>19176-0251 | | | Insurance Premium | | | | 2,566.74 |
| ACCOUNT NO.<br><br>Phillies Florida, LLC<br>601 N. Coachman Rd.<br>Clearwater, FL 33765 | | | Trade Debt | | | | 2,500.00 |
| ACCOUNT NO.<br><br>Pinellas County Board of Cnty Comm.<br>13805 58th St.<br>Suite 2-200<br>Clearwater, FL 33760 | | | Trade Shows | | | | 700.00 |
| ACCOUNT NO.<br><br>Piper Fire Protection, Inc.<br>P.O. Box 9005<br>Largo, FL 33771 | | | Trade Debt | | | | 221.69 |

Sheet no.  22 of 34 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $          7,051.43

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>S.H.S. Resort, LLC</u>
Debtor

Case No. <u>8:10-bk-25886-MGW</u>
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Pitney Bowes Global Financial** <br> P.O. Box 856460 <br> Louisville, KY <br> 40285-6460 | | | **Trade Debt** | | | | 5,676.99 |
| ACCOUNT NO. <br> **Precision Pours, Inc.** <br> 12837 Industrial Park Bl <br> Plymouth, MN <br> 55441-3910 | | | **Trade Debt** | | | | 563.75 |
| ACCOUNT NO. <br> **Preferred Fitness Services** <br> 2644 49th Street S. <br> Gulfport, FL 33707 | | | **Trade Debt** | | | | 2,208.74 |
| ACCOUNT NO. <br> **Prime Rate PFC, Inc.** <br> 2141 Enterprise Dr. <br> PO Box 100507 <br> Florence, S <br> 29502-0507 | | | **Trade Debt** | | | | 5,710.97 |
| ACCOUNT NO. <br> **Print Source** <br> 2440 S.R. 580 <br> Suite 14 <br> Clearwater, FL 33761 | | | **Trade Debt** | | | | 3,511.54 |

Sheet no. <u>23</u> of <u>34</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal > $ 17,671.99

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  S.H.S. Resort, LLC
_____
                    Debtor

Case No.  8:10-bk-25886-MGW
_____
         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Printing Impressions <br> 4181 114th Terrace N <br> Clearwater, FL 33762 | | | Trade Debt | | | | 999.38 |
| ACCOUNT NO. <br><br> Progress Energy <br> P.O. Box 33199 <br> St. Petersburg, FL <br> 33733-8199 | | | | | | | 65,600.26 |
| ACCOUNT NO. <br><br> Promotions Unlimited, Inc, <br> P.O. Box 1633 <br> Boone, NC 28607 | | | Trade Debt | | | | 648.36 |
| ACCOUNT NO. <br><br> Pualani Hawaii <br> 1720 Wilmelmina Rise <br> Honolulu, HI 96816 | | | Trade Debt | | | | 316.85 |
| ACCOUNT NO. <br><br> Quality Discount Wristbands <br> P.O. Box 112214 <br> Tacoma, WA 98411 | | | Trade Debt | | | | 173.85 |

Sheet no. 24 of 34 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  >  $        67,738.70

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re <u>S.H.S. Resort, LLC</u>                      Case No. <u>8:10-bk-25886-MGW</u>
                                 Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>R.L. Schreiber, Inc.<br>1741 NW 33rd St.<br>Pompano Beach, FL 33064 | | | Trade Debt | | | | 1,069.73 |
| ACCOUNT NO.<br><br>Radio Disney AM 1380 Tampa<br>5048 Collections Ctr. Dr<br>Chicago, IL 60693 | | | Trade Debt | | | | 4,000.00 |
| ACCOUNT NO.<br><br>Ready Care Industries, Inc.<br>15845 E. 32nd Avenue<br>Unit A<br>Aurora, CO 80011 | | | Trade Debt | | | | 1,574.54 |
| ACCOUNT NO.<br><br>Reliable Septic & Sewer Inc.<br>6660 90th Avenue N.<br>Pinellas Park, FL 33782 | | | Trade Debt | | | | 265.00 |
| ACCOUNT NO.<br><br>Ronay's Design, Inc.<br>1739 Lady Palm Ct.<br>Trinity, FL 34655 | | | Trade Debt | | | | 34.99 |

Sheet no. <u>25</u> of <u>34</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤  $        6,944.26

Total   ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>S.H.S. Resort, LLC</u>                                            Case No.  <u>8:10-bk-25886-MGW</u>
                                            Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 235.40 |
| Royal Collection 1901-17 West Bay Dr. #208 Largo, FL 33770 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 8,721.86 |
| Sabre Hospitality Solutions 7285 Collection Ctr. Dr. Chicago, IL 60693 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 509.35 |
| Safety Harbor Hardware 670 Main Street Safety Harbor, FL 34695 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 7,963.00 |
| Safety Harbor Medical Wellness 105 N. Bayshore Dr. Safety Harbor, FL 34695 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 5,300.97 |
| Sapphire Hotels & Resorts 547 SW 13th Suite 3 Bend, OR 97702 | | | Trade Debt | | | | |

Sheet no. <u>26</u> of <u>34</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    >  $                22,730.58

Total    >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  S.H.S. Resort, LLC

Debtor

Case No. 8:10-bk-25886-MGW

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SDD, Inc.<br>800-A NW 17th Avenue<br>Delray Beach, FL 33445 | | | Trade Debt | | | | 2,250.00 |
| ACCOUNT NO.<br><br>Seneca Air Conditioning, Inc.<br>16640 Shady Hills Rd.<br>Spring Hill, FL 34610 | | | Trade Debt | | | | 10,327.90 |
| ACCOUNT NO.<br><br>Sherwin Williams<br>2430 State Rd 580<br>Clearwater, FL 34621 | | | Trade Debt | | | | 724.34 |
| ACCOUNT NO.<br><br>Shoes for Crews, Inc.<br>400 Centrepark Blvd, | | | Trade Debt | | | | 0.00 |
| ACCOUNT NO.<br><br>South China Import, Inc.<br>148 Green Street<br>Brooklyn, NY 11222 | | | Trade Debt | | | | 269.64 |

Sheet no. 27 of 34 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ 13,571.88

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **S.H.S. Resort, LLC**                                    Case No. **8:10-bk-25886-MGW**
                                    Debtor                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Southeastern Laundry Equ <br> 1105 Shana Circle, #1 <br> Marietta, GA <br> 30066 | | | | | | | 119.74 |
| ACCOUNT NO. <br><br> Southwest Contraction, Inc. <br> 14159 Black Lake Rd. <br> Odessa, FL 33556 | | | Trade Debt | | | | 0.00 |
| ACCOUNT NO. <br><br> Spartan Cleaners <br> 32646 US 19 N <br> Palm Harbor, FL 34684 | | | Trade Debt | | | | 1,127.28 |
| ACCOUNT NO. <br><br> Sportsmith <br> 5925 S. 118th East <br> #B <br> Tulsa, OK 74146 | | | Trade Debt | | | | 80.98 |
| ACCOUNT NO. <br><br> St. Armands Baking Co.. <br> 2811 59th Ave. Dr. East <br> Bradenton, FL 34203 | | | Trade Debt (Breads) | | | | 836.32 |

Sheet no. 28 of 34 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **2,164.32**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  S.H.S. Resort, LLC
                                        Case No. 8:10-bk-25886-MGW
                    Debtor                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> St. Petersburg Times <br> P.O. Box 1121 <br> St. Petersburg, FL <br> 33731-1121 | | | Trade Debt | | | | 1,063.60 |
| ACCOUNT NO. <br><br> Stars Signatures, Inc <br> 3789 62nd Avenue N. <br> Pinellas Park, FL 33781 | | | Trade Debt | | | | 239.37 |
| ACCOUNT NO. <br><br> Stericycle, Inc. <br> P.O. Box 90001590 <br> Louisville, KY <br> 40290-1590 | | | Trade Debt | | | | 444.41 |
| ACCOUNT NO. <br><br> Sunset Pk Massage Supply <br> 4344 S. Manhattan Ave. <br> Tampa, FL 33611 | | | Trade Debt | | | | 521.29 |
| ACCOUNT NO. <br><br> Sunshine Chem of FL, Inc. <br> 2841 Roosevelt Blvd. <br> Clearwater, FL 33760 | | | Trade Debt | | | | 4,348.92 |

Sheet no. 29 of 34 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $        6,617.59

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  S.H.S. Resort, LLC

Case No. 8:10-bk-25886-MGW

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Swiss Chalet Fine Foods <br> 9455 NW 40th St. Road <br> Miami, FL 33178 | | | Trade Debt | | | | 1,023.00 |
| ACCOUNT NO. <br><br> Sysco Food Svces W. Coast <br> Cashier's Office <br> P.O. Box 1839 <br> Palmetto, FL <br> 34220 | | | Trade Debt | | | | 18,489.20 |
| ACCOUNT NO. <br><br> Tampa Bay Magazine <br> 2531 Landmark Drive <br> Clearwater, FL <br> 33761 | | | Trade Debt | | | | 6,500.00 |
| ACCOUNT NO. <br><br> Tampa Bay Newspapers <br> 9911 Seminole Blvd. <br> Seminole, FL 33772 | | | Trade Debt | | | | 425.00 |
| ACCOUNT NO. <br><br> The Good Earth Co <br> P.O. Box 18184 <br> Tampa, FL <br> 33679-8184 | | | Trade Debt | | | | 2,394.45 |

Sheet no. 30 of 34 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 28,831.65

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __S.H.S. Resort, LLC__                                    Case No. __8:10-bk-25886-MGW__
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,125.00 |
| The Knowland Group 600 Beam Street Salisbury, MD 21801 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 3,711.99 |
| The Tampa Tribune P.O. Box 191 Tampa, FL 33601 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 972.56 |
| TNG Worldwide 23200 Haggerty Rd Dept. 2305 Farmington Hills, MI 48335 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 4,077.00 |
| Tommy's Produce 410 N. Belcher Road Clearwater, FL 33765 | | | Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 1,452.00 |
| Total Compliance Network 5440 NW 33rd Avenue Suite 106 Ft. Lauderdale, FL 33309 | | | Trade Debt | | | | |

Sheet no. _31_ of _34_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $        11,338.55

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __S.H.S. Resort, LLC__        Case No. __8:10-bk-25886-MGW__

                        Debtor                                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Trane Parts Center <br> P.O. Box 18547 <br> Tampa, FL 33679 | | | Trade Debt | | | | 187.25 |
| ACCOUNT NO. <br><br> Trane-Tampa Bay <br> P.O. Box 919309 <br> Orlando, FL <br> 32891-9309 | | | Trade Debt | | | | 545.00 |
| ACCOUNT NO. <br><br> True-Line Coring & Cutting <br> P.O. Box 87-9745 <br> Kansas City, MO <br> 64187-9745 | | | Trade Debt | | | | 625.00 |
| ACCOUNT NO. <br><br> Unifirst Corporation <br> 6010 E. Adamo Drive <br> Tampa, FL <br> 33619 | | | Trade Debt | | | | 454.38 |
| ACCOUNT NO. <br><br> US Foodservice, Inc. <br> P.O. Box 281841 <br> Atlanta, GA <br> 30384-1841 | | | Trade Debt | | | | 39,959.73 |

Sheet no. __32__ of __34__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                     Subtotal  >  $     41,771.36

                                       Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  S.H.S. Resort, LLC
                    Debtor

Case No.  8:10-bk-25886-MGW
              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  |  |  |  |  |  |  | 237.79 |
| USA Today 305 Seaboard Lane Suite 301 Franklin, TN 37067-8288 |  |  | Trade Debt |  |  |  |  |
| ACCOUNT NO.  |  |  |  |  |  |  | 2,109.63 |
| VSC Fire & Security 10343-B Kings Acres Rd Ashland, VA 23005 |  |  | Trade Debt |  |  |  |  |
| ACCOUNT NO.  |  |  |  |  |  |  | 380.00 |
| Wage Watch, Inc. P.O. Box 15881 Phoenix, AZ 85060 |  |  | Trade Debt |  |  |  |  |
| ACCOUNT NO.  |  |  |  |  |  |  | 2,646.21 |
| Waste Management of Pinellas P.O.Box 105453 Atlanta, GA 30348-5453 |  |  | Trade Debt |  |  |  |  |
| ACCOUNT NO.  |  |  |  |  |  |  | 1,536.80 |
| Wheel Fun Rentals 4 Harbor Cove Street Safety Harbor, FL 34695 |  |  | Trade Debt |  |  |  |  |

Sheet no.  33  of  34  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  >  $        6,910.43

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  <u>S.H.S. Resort, LLC</u>                                    Case No.  <u>8:10-bk-25886-MGW</u>
                          Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Windstream Communications** <br> P.O. Box 580451 <br> Charlotte, NC <br> 28258-0451 | | | Trade Debt | | | | 4,843.14 |
| ACCOUNT NO. <br><br> XO Communications,  LLC <br> 14239 Collections Ctr Dr <br> Chicago, IL <br> 60693 | | | Trade Debt | | | | 3,753.47 |
| ACCOUNT NO. <br><br> Your Help Desk, LLC <br> 15621 Deerglen Dr. <br> Tampa, FL <br> 33624 | | | Trade Debt | | | | 160.50 |
| ACCOUNT NO. <br><br> Zents <br> 6811 Broadway <br> Denver, CO <br> 80221 | | | Trade Debt | | | | 311.86 |

Sheet no. <u>34</u> of <u>34</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        9,068.97

Total  ➤  $      753,654.54

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  S.H.S. Resort, LLC
_____
                    Debtor

Case No.  8:10-bk-25886-MGW
                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I William E. Touloumis, the MgrMem, Olympia Inv. Grp, LLC, as Mgr of the Corporation named as debtor in this case, declare under penalty that I have read the foregoing summary and schedules, consisting of  54  sheets *(Total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date  4/18/2011          Signature:      /s/ William E. Touloumis

William E. Touloumis MgrMem. Olympia Inv. Grp, LLC, as Mgr
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*



THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa     Division

In Re:                                      Chapter:     11
S.H.S. Resort, LLC                  Case No: 8:10-bk-25886

Debtor(s).
_____/

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

     The undersigned,      William E. Touloumis     , declares under penalty of perjury that:

1.     I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2.     The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3.     I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_____
Signature of Debtor
or other claimant

_____
Signature of Joint Debtor

Verified Document(s):

Full Descriptive Title
Second Amended Schedule F

Date Executed
April 18, 2011

Label Matrix for local noticing
113A-8
Case 8:10-bk-25886-MGW
Middle District of Florida
Tampa
Fri Apr 15 17:33:43 EDT 2011

AVI-SPL
P.O. Box 62257
Baltimore, MD 21242

Alsco
660 40th St. S.
St. Petersburg, FL 33711-1641

Bank of America
Business Card
P.O. Box 15710
Wilmington, DE 19886-5710

CIRSCO, Commercial Industrial Roof Servcies
c/o Kristopher E. Fernandez, Esquire
114 S. Fremont Avenue
Tampa, FL 33606-1703

Cendyn
1515 N. Federal Hwy
Suite 419
Boca Raton, FL 33432-1954

City of Safety Harbor
750 Main Street
Safety Harbor, FL 34695-3553

City of Safety Harbor, Florida
c/o Caitlin Sirico, Esquire
750 Main Street
Safety Harbor, Florida 34695-3553

Department of Labor and Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee FL 32399 0648

Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668

Diane Nelson
Tax Collector
P.O. Box 10821
Clearwater, FL 33757-8821

Espiritu Santu Springs, LLC
c/o Roger Kumar
202 Shore Drive East
Oldsmar, FL 34677-3708

FFVA Mutual Insurance Co.
P.O. Box 918292
Orlando, FL 32891-0001

First Ins. Funding Corp.
P.O. Box 66468
Chicago, IL 60666-0468

Florida Department of Revenue
c/o Lisa Vickers
5050 W. Tennessee St
Tallahassee, FL
32399-0100

Ford Motor Credit Company, LLC
c/o Brad W. Hissing, Esq.
POB 800
Tampa FL 33601-0800

Hanlon Acoustical Ceilings
182 Douglas Road E.
Oldsmar, FL 34677-2939

Ikon Financial Service
P.O. Box 13708
Macon, GA 31208-3708

Ikon Financial Service
P.O. Box 740540
Atlanta, GA 30374-0540

Ikon Office Solutions
3920 Arkwright Road Ste 400
Macon GA 31210-1748

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Kerstin Florian International
20492 Crescent Bay Drive
Suite 100
Lake Forest, CA 92630-8848

Miles Media Group, LLLP
P.O. Box 116755
Atlanta, GA
30368-6755

Office of US Attorney
Attn Civil Process Clerk
400 North Tampa St Suite 3200
Tampa FL 33602-4774

Olympia Hotels Mgmt, LLC
100 N. Main Street
Suite 206
Safety Harbor, FL 34695-3668

Paul's Comm'l Cleaning S
1272 Jamine Avenue
Tarpon Springs, FL 34689-5222

Paul's Comm'l Cleaning Service
1272 Jamine Avenue
Tarpon Springs, FL 34689-5222

Sabre Hospitality Solutions
7285 Collection Ctr. Dr.
Chicago, IL 60693-0072

Safety Harbor Hardware
670 Main Street
Safety Harbor, FL 34695-3551

Safety Harbor Medical Wellness
105 N. Bayshore Dr.
Safety Harbor, FL 34695-3124

Sysco Food Svces W. Coast
Cashier's Office
P.O. Box 1839
Palmetto, FL 34220-1839

Tampa Bay Magazine
2531 Landmark Drive
Clearwater, FL 33761-3932

Wells Fargo Bank, N.A.
401 E. Jackson St.
Suite 1450
Tampa, FL 33602-5232


Wells Fargo National Association
c/o Hywel Leonard
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL  33601-3239


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)AVI-SPL
P.O. Box 62257
Baltimore, MD 21242

(d)Alsco
660 40th St. S.
St. Petersburg, FL 33711-1641

(d)Bank of America
Business Card
P.O. Box 15710
Wilmington, DE 19886-5710


(d)Cendyn
1515 N. Federal Hwy
Suite 419
Boca Raton, FL 33432-1954

(d)City of Safety Harbor
750 Main Street
Safety Harbor, FL 34695-3553

(d)Diane Nelson
Tax Collector
P.O. Box 10821
Clearwater, FL 33757-8821


(d)Espiritu Santu Springs, LLC
c/o Roger Kumar
202 Shore Drive East
Oldsmar, FL  34677-3708

(d)FFVA Mutual Insurance Co.
P.O. Box 918292
Orlando, FL 32891-0001

(d)First Ins. Funding Corp.
P.O. Box 66468
Chicago, IL 60666-0468


(d)Hanlon Acoustical Ceilings
182 Douglas Road E.
Oldsmar, FL 34677-2939

(d)Miles Media Group, LLLP
P.O. Box 116755
Atlanta, GA
30368-6755

(d)Paul's Comm'l Cleaning Service
1272 Jamine Avenue
Tarpon Springs, FL 34689-5222


(d)Safety Harbor Medical Wellness
105 N. Bayshore Dr.
Safety Harbor, FL 34695-3124

(d)Sysco Food Svces W. Coast
Cashier's Office
P.O. Box 1839
Palmetto, FL 34220-1839

(d)Tampa Bay Magazine
2531 Landmark Drive
Clearwater, FL 33761-3932

(d)Tampa Bay Magazine
2531 Landmark Drive
Clearwater, FL 33761-3932

End of Label Matrix
Mailable recipients    33
Bypassed recipients    16
Total                  49