# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

S.H.S. RESORT, LLC            Case No.: 8:10-bk-25886-MGW
                                                           Chapter 11 Case

     Debtor.
_____/

## ORDER GRANTING EMERGENCY MOTION
## FOR APPROVAL OF INSURANCE PREMIUM FINANCE AGREEMENT

THIS CASE came on for hearing on April 20, 2011, on Debtor's Emergency Motion for Approval of Insurance Premium Finance Agreement (the "**Motion**") (Doc. 213 ), through which the Debtor seeks the Court's approval of the insurance premium finance agreement ("Agreement") and to provide adequate protection of the interests of First Insurance Funding Corporation ("FIFC") in the bankruptcy case. This Court having reviewed the Motion and other papers, having heard argument form counsel for the Debtor, counsel for German American Capital Corporation, and counsel for the Office of the United States Trustee, and being otherwise fully advised in the premises, accordingly, it is

    **ORDERED**:

    1.    The Motion is hereby GRANTED as set forth herein:

    2.    The Debtor is authorized and directed to timely make all payments due under the Insurance Premium Finance Agreement and FIFC is authorized to receive and apply such payments to the indebtedness owed by the Debtor to FIFC as provided in the Insurance Premium Finance Agreement;

    3.    German American Capital Corporation shall be identified as loss-payee on each of the financed insurance policies;

4. Should the Debtor fail to make any of the payments under this Agreement or the Insurance Premium Agreement as they become due, the automatic stay shall automatically lift to enable FIFC and/or third parties, including insurance companies providing the protection under the Policies, to take all steps necessary and appropriate to cancel the Policies, collect the collateral and apply such collateral to the indebtedness owed to FIFC by the Debtor;

5. FIFC, or any third party, including insurance companies providing the coverage under the Policies, exercising such rights shall comply with the notice provisions and other provisions of the Insurance Premium Finance Agreement.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on April 21, 2011.

_____
Michael G. Williamson
United States Bankruptcy Judge

**Copies furnished to:**
Steven M. Berman, 101 E. Kennedy Blvd, Suite 2800, Tampa, FL 33602
Hywel Leonard, PO Box 3239, Tampa, FL 33601-3239
**Office of the United States Trustee**, 501 E. Polk St., Suite 1200, Tampa, FL 33602
**All Creditors** on the Local Rule 1007-2 Matrix