UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                            Chapter 11

S.H.S. RESORT, LLC,                               Case No. 10-25886(MGW)

        Debtor.
_____/

GERMAN AMERICAN CAPITAL'S PROPOSED PROVISIONS FOR
CONFIRMATION ORDER RELATING TO THE COURT'S PROPOSED
INJUNCTION REGARDING NON-DEBTOR GUARANTORS

      On May 25, 2011, the Court determined that, in conjunction with confirming the Second Amended Plan of Reorganization ("SAP") proposed by the Debtor, creditor, German American Capital Corporation ("GAC"), would be temporarily enjoined from pursuing certain non-Debtor individuals and entities that guaranteed certain promissory notes entered into by the Debtor, and now held by GAC (the "Guarantors"). Specifically, the Court's stated its intention would be to enjoin GAC from pursuing the Guarantors for the remainder of amounts owed by the Debtor to GAC which will not be paid under the terms of the SAP while the Debtor performs its obligations under the SAP and the assets held by Olympia Development Group, Inc. ("ODG") (an entity to be transferred to the Debtor by the Guarantors) are liquidated in an orderly fashion over a four year period.

      In furtherance of the Court's intention regarding the above-referenced injunction, GAC proposes that the following language be inserted into the Confirmation Order:

      **The SAP proposes that the Guarantors on the Debtor's debts now held by GAC be ultimately released from their obligations without full payment of their guaranty**

19145968.1

obligations. The Court does not approve the release of the Guarantors from their obligations.

The Court will order that GAC be enjoined for a period of time from pursuing claims, against the Guarantors arising from the Guarantors guaranty of debts incurred by the Debtor and held by GAC, with the following conditions:

1. The testimony is that the non-Debtor Guarantors have significant assets including, at a minimum, any surplus from the sale of certain real and personal property within the Allstate Portfolio, the Naples property carved out of the sale of the Allstate Portfolio and the real and personal property within Wachovia Securities Portfolio. The testimony is that the Wachovia Portfolio alone will net the Guarantors $19 million to $29 million in 2015, the Debtor will net an additional $3 Million or so from the sale of significantly all of the Allstate Portfolio and the Naples property carved out of the sale of the Allstate Portfolio – which will become an asset of the Debtor – has equity of between $1.5 million and $2 million. The Debtor will therefore have sufficient assets to satisfy GAC's claims in full.

The testimony also demonstrates that the Guarantors will be forced to pay a significant defeasance fee if the Wachovia Securities Portfolio is sold prior to 2015. It is the Court's intention to enjoin GAC from pursuing the Guarantors for a limited period of time only so that GAC may be paid in full on its claims against the Guarantors from the orderly liquidation of the Wachovia Securities Portfolio and other assets, including the Allstate Portfolio and, potentially, the Naples Property.

2. In exchange for enjoining GAC from pursuing its claims against the Guarantors for four years, and to protect GAC in the interim, the Court will enjoin the

**Debtor, ODG, OIG and the Guarantors from taking certain actions which might hinder or delay GAC from ultimately collecting on the Guaranty obligations by also enjoining the Debtor, ODG, OIG and the guarantors from taking certain actions by imposing the following conditions and obligations on the Debtor, ODG, OIG and the Guarantors:**

**(i) the Guarantors shall not sell, transfer, pledge, or encumber their equity interests in the Debtor, ODG, OIG or any other assets except as provided in the SAP;**

**(ii) the Debtor, ODG and OIG shall not issue additional equity interests to anyone other than Guarantors in the same percentage as the Guarantors ownership of ODG;**

**(iii) the Debtor, ODG and OIG shall not borrow additional funds;**

**(iv) the Debtor, ODG and OIG shall not sell, transfer, pledge, or encumber its equity interests in Debtor;**

**(v) ODG shall not terminate or materially alter any of the Walgreens leases or other material contracts which cover the real and personal property which encompass the Naples property carved out of the sale of the Allstate Portfolio, and the real and personal property within Wachovia Securities Portfolio;**

**(vi) the management personnel of the Debtor, ODG and OIG shall not be materially changed;**

**(vii) the business in which ODG is engaged shall not be materially changed;**

**(viii) the Debtor, ODG and OIG shall not purchase other companies;**

**(ix) the Debtor, ODG and OIG shall not declare dividends or make any distributions to any equity holder including the Guarantors;**

**(x)** except for ordinary course management fees, the Debtor, ODG and OIG shall not make any payments to any individual or entity related in any manner to the Debtor, ODG, OIG or the Guarantors;

**(xi) the Debtor, ODG and OIG shall not make any payment(s) to any individual or entity, except in the ordinary course of business, which exceed $10,000, individually, or $25,000 in the aggregate per month.**

**(xii) each of the Guarantors, the Debtor, ODG and OIG shall not form, invest in, or assist other companies that compete with ODG.**

**Each of the Guarantors, the Debtor, ODG and OIG shall notify GAC and the Court in the event of any breach (or circumstance that could lead to a breach) of any of the aforementioned conditions (i) to (xii) inclusive**

**3.** **In furtherance of the limitations provided for above, within 10 business days following the entry of this Order, the Debtor shall provide the following information:**

**(i) a statement detailing the organization, ownership and capitalization of each of the Debtor, ODG and OIG;**

**(ii) a statement that all equity interests in the Debtor, ODG and OIG are free of liens;**

**(iii) financial statements for the Debtor, ODG and OIG, including a statement of all debts for which any entity is in default;**

**(iv) a statement of ODG's assets, including a statement regarding the title to, and condition of, any real property and other material assets owned by ODG;**

**(v) certified copies of all leases for all properties comprising the Wachovia Portfolio and a statement that all rents are current and that there are no current rent defaults;**

**(vi)** a statement that neither GAC nor its agents will control the business of the Debtor, ODG or OIG and that no joint venture is being created;

**(vii)** monthly/quarterly/periodic reports regarding the Debtors, ODG's and OIG's respective financial condition and performance;

**(viii)** upon the request of GAC, information relating to the status of the business condition (financial or otherwise), assets, results of operations, and prospects of the Debtor, ODG and OIG.

**4.** In furtherance of the limitations provided for above, within 10 business days following the entry of this Order, each Guarantor wishing to be protected by this Order shall provide a complete financial statement to include, without limitation, the following information:

**(i)** a statement of the Guarantor's assets, including a statement regarding the title to, and condition of, any real property and other material assets owned by ODG;

**(ii)** a statement of the Guarantor's debts, and whether the Guarantor is in default on any of the debts.

**5.** GAC shall be entitled to receive the additional $3 Million or so to be netted from the sale of the certain real and personal property within the Allstate Portfolio and an additional $1.5 Million to the $2 Million from the sale of the Naples property carved out of the sale of the Allstate Portfolio when such property is sold. These payments shall be applied by GAC to reduce the amount of its claim against the Guarantors and shall be made in addition to, and not in lieu of, the payments to be made by the Debtor under the terms of the SAP on the GAC unsecured claim.

6.      **In exchange for the protections provided herein, the Debtor, ODG, OIG and the Guarantors are directed to pay all remaining amounts of GAC's claims upon the sale of the Wachovia Securities Portfolio.**

7.      **Additionally, in exchange for the protections provided for herein, the Guarantors shall agree to waive all defenses to any claims arising under their guaranty of the Debtor's debt now held by GAC.**

8.      **Failure of any of the Guarantors, the Debtor, ODG or OIG to comply with the injunction imposed by this confirmation order and terms and conditions herein shall operate to immediately and automatically terminate the injunction and permit GAC to immediately pursue all remedies against all of the Guarantors, regardless of fault.  In addition, upon the default by any of the Guarantors, the Debtor, ODG or OIG under the terms and conditions of this Order, this Court will Order the immediate turnover to GAC of all ODG stock and all assets of the Debtor, OIG and ODG.  Further, if the Debtor, OIG, ODG or the Guarantors default under the terms and conditions of this Order, the Guarantors agree to the immediate entry of a judgment against them for all sums that remain owed to GAC under its unsecured claim under the SAP in the percentages of their ownership interests in ODG.  Further, the Court may impose such sanctions as may be appropriate,**

9.      **The injunction will remain in effect only as long as the Debtor complies with the terms of the SAP and will dissolve immediately and automatically upon the earliest of (i) the Debtor's completion of its obligations under the SAP, (ii) the Debtor's default on its obligations under the SAP or (iii) further Order of this Court.**

19145968.1

10. **The Court will retain jurisdiction over all aspects of the injunction set forth herein.**

Dated: June 1, 2011

/s/ Hywel Leonard
Hywel Leonard
Florida Bar Number 296376
CARLTON FIELDS, P.A.
Post Office Box 3239
Tampa, Florida 33601-3239
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
hleonard@carltonfields.com
--and--
Merrick L. Gross
Florida Bar Number 716677
CARLTON FIELDS, P.A.
Miami Tower
100 S.E. Second Street, Suite 4200
Miami, Florida 33131-2114
Telephone: (305) 530-4046
Facsimile: (305) 530-0055
mgross@carltonfields.com

Counsel for German American Capital Corporation

19145968.1

## CERTIFICATE OF SERVICE

I hereby certify that on **June 1, 2011**, I electronically filed the foregoing Proposed Provisions for Confirmation Order, and served the foregoing, via the Court's electronic transmission facilities upon the Filing Users registered to receive filings in this case.

*/s/ Hywel Leonard*
Attorney

19145968.1

Label Matrix for local noticing
113A-8
Case 8:10-bk-25886-MGW
Middle District of Florida
Tampa
Wed Jun  1 11:55:52 EDT 2011

Cirsco, Commercial Industrial Roof Services
2904 S. Falkenburg Road
Riverview, FL 33578-2554

City of Safety Harbor, Florida
750 Main Street
Safety Harbor, FL 34695-3553

Espiritu Santu Springs, LLC c/o Roger Kumar
202 Shore Drive East
Oldsmar, FL 34677-3708

Fair Harbor Capital, LLC
PO Box 237037
New York, NY 10023-0028

IKON Financial Services
c/o Rosa Dominy
Bankruptcy Administration
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Keystone Consulting Group, LLC
C/O Hugo S deBeaubien
101 E. Kennedy Blvd Ste 2800
Tampa, Fl 33602-5150

PPF Holdings III, Ltd
c/o Maureen A. Vitucci
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2798

S.H.S. Resort, LLC
105 N Bayshore Drive
Safety Harbor, FL 34695-3124

Michael G. Williamson
Tampa

A-T Communications
1511 Tangerine St.
Clearwater, FL 33756-3607

ADP Screening Services
36307 Treasury Center
Chicago, IL 60694-6300

ADP, Inc.
P.O. Box 9001006
Louisville, KY 40290-1006

ADT Security Svces, Inc.
P.O.Box 371967
Pittsburgh, PA 15250-7967

ASCAP
2675 Paces Ferry Rd SE
Suite 360
Atlanta, GA 30339-4052

AVI-SPL
P.O. Box 62257
Baltimore, MD 21242

Able Body Labor
3040 Gulf to Bay Blvd.
Clearwater, FL 33759-4359

Airgas South
12650 49th St. N.
Clearwater, FL 33762-4601

Alba Naturals
518  Pasaje Ave
Tarpon Springs, FL 34689-5728

Alsco
660 40th St. S.
St. Petersburg, FL 33711-1641

American Arbitration Assn.
2000 Century Parkway
Suite 300
Atlanta, GA 30345-3306

American Bus Association
700 13th St, NW
Suite 575
Washington, DC 20005-5923

American Inst. of Polish Culture
9190 49th Street N.
Pinellas Park, FL 33782-5228

American Work Force
Wells Fargo Bus. Credit
Dept. 1494
Denver, CO 80291-0001

Anesti Siandris
4115 Boyd Ln
Palm Harbor, FL 34685-3320

Aqua Engineers & Systems
P.O. Box 76214
St. Petersburg, FL 33734-6214

Aqua World
3681 Sacramento
Unit 3 South
San Luis Obispo, CA 93401-7120

Arome Dry Cleaners
1969 Sunset Pt. Road
#5
Clearwater, FL 33765-1144

Artistic Pools of Florida, Inc.
2841 Roosevelt Blvd.
Clearwater, FL 33760-1999

Ashberry Water Conditioning
2405 4th Ave. E.
Tampa, FL 33605-5431

| | | |
|---|---|---|
| Ashberry Water Conditioning<br>706 G Street<br>Brunswick, GA 31520-6749 | BMI<br>3131 E. Camelback Rd<br>Suite 320<br>Phoenix, AZ 85016-4536 | BTM Team USA, Inc.<br>3021 Bayshore Pt. Drive<br>Tampa, FL 33611-5342 |
| Bandit Fitness<br>13555 49th St. N.<br>Clearwater, FL 33762-3732 | Bank of America<br>Business Card<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 | Boca Terry<br>3000 SW 15th St<br>Suite H<br>Deerfield Bch, FL 33442-8198 |
| Brennick Brothers Inc.<br>PO Box 279<br>Riverview, FL 33568-0279 | Brighthouse Networks<br>700 Carillon Parkway<br>St. Petersburg, FL 33716-1123 | Brittany F. Kanuck<br>215 35th Avenue North<br>St. Petersburg, FL 33704-1407 |
| C.C. Communications<br>411 S. Bayshore Blvd.<br>Safety Harbor, FL 34695-4000 | CIRSCO<br>2904 S. Falkenburg Road<br>Riverview, FL 33578-2554 | CIRSCO, Commercial Industrial Roof Servcies<br>c/o Kristopher E. Fernandez, Esquire<br>114 S. Fremont Avenue<br>Tampa, FL 33606-1703 |
| Cascade Water Services<br>113 Bloomingdale Rd.<br>Hicksville, NY 11801-6547 | Casual Furniture<br>6625 35th Street<br>Pinellas Park, FL 33781-6297 | Cendyn<br>1515 N. Federal Hwy<br>Suite 419<br>Boca Raton, FL 33432-1954 |
| Certegy Check Services<br>P.O. Box 30038<br>Tampa, FL 33630-3038 | Certified Service<br>1183 Grove St.<br>Clearwater, FL 33755-4827 | Cintas Corporation<br>P.O. Box 630910<br>Cincinnati, OH 45263-0910 |
| Cintas FAS<br>Lockbox 636525<br>P.O. Box 636525<br>Cincinnati, OH 45263-6525 | City of Safety Harbor<br>750 Main Street<br>Safety Harbor, FL 34695-3553 | City of Safety Harbor, Florida<br>c/o Caitlin Sirico, Esquire<br>750 Main Street<br>Safety Harbor, Florida 34695-3553 |
| Colonial Florist, Inc.<br>344 Main Street<br>Safety Harbor, FL 34695-3645 | Commercial Indust Roof<br>8402 Sabal Industrial Bl<br>Tampa, FL 33619-1358 | Control System Specialists, Inc.<br>2430 US Hwy 301 S.<br>Tampa, FL 33619-5027 |
| Convention So. Magazine<br>P.O. 2267<br>Gulf Shores, AL 36547-2267 | Convention South<br>P.O. Box 2267<br>Gulf Shores, AL 36547-2267 | Courtesy Products, LLC<br>P.O. Box 17488<br>St. Louis, MO 63178-7488 |
| DMX Inc<br>1703 West Fifth Ste Ste 600<br>Austin TX 78703-4893 | DMX Music<br>P.O. Box 660557<br>Dallas, TX 75266-0557 | Dana Dineen Floral Design, Inc.<br>1219 Aloha Lane<br>Clearwater, FL 33755-1402 |

| | | |
|---|---|---|
| Data Plus<br>91 Tyngsboro Road<br>North Chelmsford, MA 01863-1322 | Denis Govan<br>807 Magnolia Dr.<br>Clearwater, FL 33756-4031 | Department of Labor and Security<br>Hartman Building Suite 307<br>2012 Capital Circle Southeast<br>Tallahassee FL 32399 0648 |
| Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Diane Nelson<br>Tax Collector<br>P.O. Box 10821<br>Clearwater, FL 33757-8821 | Dorothea W. Hartley & Assoc.<br>854 East Main Street<br>Ventura, CA 93001-2908 |
| Dreyer's Grand Ice Cream, Inc.<br>3852 Collections Ctr. Dr<br>Chicago, Il 60693-0038 | Ebasco Consumer Magazine<br>P.O. Box 830460<br>Birmingham, AL 35283-0460 | Ecolab Pest Elimination<br>P.O. Box 6007<br>Grand Forks, ND 58206-6007 |
| Elston's, Inc. 1<br>4861 62nd Ave. N.<br>Pinellas Park, FL 33781-5912 | Envala, Inc.<br>6551 Industrial Avenue<br>Port Richey, FL 34668-6852 | Espiritu Santu Springs, LLC<br>c/o Roger Kumar<br>202 Shore Drive East<br>Oldsmar, FL 34677-3708 |
| Evolution The Salon Source, Inc<br>5858 St. Augustine Road<br>Jacksonville, FL 32207-8032 | FFVA Mutual Insurance Co.<br>P.O. Box 918292<br>Orlando, FL 32891-0001 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>PO Box 237037<br>New York, NY 10023-0028 |
| Farmer Brothers<br>20333 S Normandie Ave<br>Torrance CA 90502-1254 | Farmer Brothers, Co,<br>P.O. Box 934237<br>Atlanta, GA 31193-4237 | FedEx<br>P.O. Box 1625<br>Dallas, TX 75266 |
| FedEx Customer Information Services<br>Revenue Recovery<br>3965 Airways Blvd Mod G 3rd Floor<br>Memphis TN 38116-5017 | Fia Card Services, NA As Successor In Intere<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 | First Data<br>PO Box 2024<br>Englewood, CO 80150-2024 |
| First Ins. Funding Corp.<br>P.O. Box 66468<br>Chicago, IL 60666-0468 | First Insurance Funding Corp<br>450 Skokie Blvd Ste 1000<br>Northbrook IL 60062-7917 | Fisher and Phillips LLP<br>1075 Peachtree Street NE Ste3500<br>Atlanta GA 30309-3958 |
| Florida Business Association<br>P.O. Box 1625<br>Lake Worth, FL 33460-1625 | Florida Department of Revenue<br>19337 US Highway 19 N<br>Suite 200<br>Clearwater, FL 33764-3149 | Florida Department of Revenue<br>c/o Lisa Vickers<br>5050 W. Tennessee St<br>Tallahassee, FL<br>32399-0100 |
| Florida Leak Locators<br>8340 Ulmerton Road<br>Suite 216<br>Largo, FL 33771-5320 | Ford Credit<br>PO Box 650575<br>Dallas, TX<br>75265-0575 | Ford Motor Credit Company, LLC<br>c/o Brad W. Hissing, Esq.<br>POB 800<br>Tampa FL 33601-0800 |

| | | |
|---|---|---|
| Frank E. Touloumis | Frank E. Touloumis<br>1992 Swan Ln<br>Palm Harbor, FL 34683-6276 | George E. Touloumis<br>406 Westborough Ln<br>Safety Harbor, FL 34695-4440 |
| Global Edge Media LLC<br>13585 49th Street N.<br>Suite C<br>Clearwater, FL 33762-3742 | Grant Hermond & Assoc.<br>P.O. Box 594<br>Palm Harbor, FL 34682-0594 | Gulf Coast Reporting<br>P.O. Box 2467<br>Palm Harbor, FL 34682-2467 |
| Gulf Gateway Electronics<br>2579 24th Ave. N.<br>St. Petersburg, FL 33713-4320 | Gulfstar Rental Solutions<br>2910 Drane Field Rd.<br>Lakeland, FL 33811-1329 | HD Supply Facilities Maint.<br>P.O. Box 509058<br>San Diego, CA 92150-9058 |
| HD Supply Plumbing/HVAC, Ltd.<br>P.O. Box 934790<br>Atlanta, GA 31192-0001 | Hanlon Acoustical Ceilings<br>182 Douglas Road E.<br>Oldsmar, FL 34677-2939 | Heartland Food Products, Inc.<br>1900 West 47th Place<br>Suite 302<br>Westwood, KS 66205-1868 |
| Helios AMC<br>350 Sentry Parkway<br>Blue Bell, PA 19422 | Heron Publishing<br>4432 Commercial Way<br>Spring Hill, FL 34606-1966 | Hill Manufacturing Co., Inc.<br>1500 Jonesboro Road SE<br>Atlanta, GA 30315-4085 |
| Holiday Seafood, Inc.<br>589 Island Drive<br>Tarpon Springs, FL 34689-3147 | Home Depot Credit Services<br>P.O. Box 9121<br>Des Moines, IA 50306-9121 | Hotel-Motel Index<br>1556 Halford Avenue<br>Suite 334<br>Santa Clara, CA 95051-2661 |
| Ibahn<br>P.O. Box 51259<br>Los Angeles, CA 90051-5559 | Ice Portal<br>3595 Sheridan Street<br>Suite 200<br>Hollywood, FL 33021-3657 | Ikon Financial Service<br>P.O. Box 13708<br>Macon, GA 31208-3708 |
| Ikon Financial Service<br>P.O. Box 740540<br>Atlanta, GA 30374-0540 | Ikon Office Solutions<br>3920 Arkwright Road Ste 400<br>Macon GA 31210-1748 | Industrial Fire & Safety<br>12075 34th St N<br>St Petersburg, FL 33716-1845 |
| Industrial Steam Cleaning<br>P.O. Box 976<br>Lutz, FL 33548-0976 | Integrated Systems of Florida<br>180 Scarlet Boulevard<br>Oldsmar, FL 34677-3002 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| International Spa Association<br>2365 Harrodsburg Rd.<br>Suite A325<br>Lexington, KY 40504-3366 | Jan Kreft Murals, Inc.<br>783 65th Ave S<br>St. Petersburg, FL 33705-5925 | Jaske.com<br>P.O. Box 59823<br>Chicago, IL 60659-0823 |

| | | |
|---|---|---|
| Jetport Environmental, Inc.<br>62 W, Illiana St.<br>Orlando, FL 32806-4459 | John E. Touloumis<br>656 Spring Lake Cir<br>Tarpon Springs, FL 34688-4973 | Kerstin Florian International<br>20492 Crescent Bay Drive<br>Suite 100<br>Lake Forest, CA 92630-8848 |
| Krista Gottlieb, Esq<br>17 Court Street Ste 600<br>Buffalo NY 14202-3205 | L'Ortega & Assoc. of Tampa Bay, LLC<br>550 N, Reo Street<br>Suite 300<br>Tampa, FL 33609-1037 | Lakeside Plumbing, Inc.<br>103 Douglas Road East<br>Unit D<br>Oldsmar, FL 34677-2959 |
| Leslie's Pool Supplies<br>P.O. Box 501162<br>St. Louis, MO 63150-1162 | Let Them Eat Cake, Inc.<br>3805 S. Westshore Blvd.<br>Tampa, FL 33611-1047 | Lighting By Design Galleries<br>2112 W. Galena Blvd.<br>Suite 8-438<br>Aurora, IL 60506-3255 |
| Living Plants/Evergreen<br>P.O. Box 320481<br>Tampa, FL 33679-2481 | Lodgenet Entertainment<br>P.O. Box 952141<br>St. Louis, MO<br>63195-2141 | Lodgenet Interactive Corp.<br>3900 W. Innovation St.<br>Sioux Falls, SD<br>57107-7002 |
| MDT Personnell LLC<br>17757 US Hwy 19 Ste 660<br>Clearwater Fl 33764-6598 | MPI Florida Chapters<br>5950 NW 1st Place<br>Gainesville, FL 32607-6018 | MPI Greater NY<br>7 Fox Run Road<br>Briarcliff Manor, NY 10510-1736 |
| Marlin Leasing Corp.<br>P.O. Box 13604<br>Philadelphia, PA<br>19101-3604 | Marlin Leasing orp.<br>P.O. Box 13604<br>Philadelphia, PA<br>19101-3604 | Master Purveyors<br>6003 N. 54th Street<br>Tampa, FL 33610-4830 |
| McMullen Flower Shop<br>101 Main Street<br>Suite F<br>Safety Harbor, FL 34695-3656 | Media General DBA Tampa Tribune<br>P.O. Box 85000<br>Richmond VA 23285-5000 | Metrocars, Inc.<br>16691 US Highway 19 N.<br>Clearwater, FL 33764 |
| Micros of Central Florid<br>270 W. Marvin Avenue<br>Longwood, FL<br>32750-5473 | Micros of Central Florida, Inc.<br>270 W. Marvin Avenue<br>Longwood, FL<br>32750-5473 | Miles Media Group<br>6751 Professional Pkwy West Ste 200<br>Sarasota Fl 34240-8450 |
| Miles Media Group, LLLP<br>P.O. Box 116755<br>Atlanta, GA<br>30368-6755 | Mobile Mini, Inc.<br>P.O. Box 740773<br>Cincinnati, OH<br>45274-0773 | Morris Vistor Publications<br>P.O. Box 1584<br>Augusta, GA 30903-1584 |
| National Distributors<br>5921 Baum Blvd.<br>Pittsburgh, PA<br>15206-3807 | National Hotel & Motel Assn.<br>40087 Mission Blvd.<br>Suite 241<br>Fremont, CA 94539-3680 | Naylor LLC<br>5950 NW 1st Place<br>Gainesville Fl 32607-6018 |

| | | |
|---|---|---|
| Naylor, LLC<br>P.O. Box 847865<br>Dallas, TX<br>75284-7865 | Nespresso USA, Inc.<br>P.O. Box 2425<br>Carol Stream, IL 60132-0001 | New Market Intel<br>75 New Hampshire Ave.<br>Suite 300<br>Portsmouth, NH 03801-2864 |
| Office Depot<br>6600 N Military Trail S413G<br>Boca Raton Fl 33496-2434 | Office Depot, Inc.<br>P.O. Box 633211<br>Cincinnati, OH<br>45263-3211 | Office of US Attorney<br>Attn Civil Process Clerk<br>400 North Tampa St Suite 3200<br>Tampa FL 33602-4774 |
| Olympia Hotels Mgmt, LLC<br>100 N. Main Street<br>Suite 206<br>Safety Harbor, FL 34695-3668 | Oracle Elevator Co.<br>P.O. Box 62484<br>Baltimore, MD<br>21264-2484 | POST Integration, Inc.<br>c/o Jason J. Romero, Esq.<br>2929 N. Central Ave., #2100<br>Phoenix, AZ 85012-2765 |
| Paul's Comm'l Cleaning S<br>1272 Jamine Avenue<br>Tarpon Springs, FL 34689-5222 | Paul's Comm'l Cleaning Service<br>1272 Jamine Avenue<br>Tarpon Springs, FL 34689-5222 | Perfect Aire King<br>P.O. Box 1687<br>Oldsmar, FL<br>34677-1687 |
| Perfect Wedding Guide of FL<br>4044 W. Lake Mary Blvd.<br>Suite 104, Box 322<br>Lake Mary, FL 32746-2012 | Persa Tapalaga<br>1870 Main Street<br>Safety Harbor, FL 34695-3342 | Philadelphia Insurance Co.<br>P.O. Box 70251<br>Philadelphia, PA<br>19176-0251 |
| Phillies Florida, LLC<br>601 N. Coachman Rd.<br>Clearwater, FL 33765 | Pinellas County Board of Cnty Comm.<br>13805 58th St.<br>Suite 2-200<br>Clearwater, FL 33760-3716 | Pinellas County Tax Collector<br>P O Box 10834<br>Clearwater, FL 33757-8834 |
| Piper Fire Protection, Inc.<br>P.O. Box 9005<br>Largo, FL 33771-0005 | Pitney Bowes<br>2225 American Drive<br>Neehan, WI<br>54956-1005 | Pitney Bowes Global Financial<br>P.O. Box 856460<br>Louisville, KY<br>40285-6460 |
| Pitney Bowes Global Financial Services<br>27 Waterview Drive<br>Shelton, CT 06484-4301 | Post Integration<br>10 Music Square East<br>Nashville, TN 37203-4321 | Precision Pours, Inc.<br>12837 Industrial Park Bl<br>Plymouth, MN<br>55441-3910 |
| Preferred Fitness Services<br>2644 49th Street S.<br>Gulfport, FL 33707-5402 | Prime Rate PFC, Inc.<br>2141 Enterprise Dr.<br>PO Box 100507<br>Florence, S<br>29502-0507 | Prime Rate Premium Finance Corp., Inc.<br>2141 Enterprise Drive<br>Florence, SC 29501-1105 |
| Print Source<br>2440 S.R. 580<br>Suite 14<br>Clearwater, FL 33761 | Printing Impressions<br>4181 114th Terrace N<br>Clearwater, FL 33762-4904 | Promotions Unlimited, Inc,<br>P.O. Box 1633<br>Boone, NC 28607-1633 |

| | | |
|---|---|---|
| Pualani Hawaii<br>1720 Wilmelmina Rise<br>Honolulu, HI 96816-3338 | Quality Discount Wristbands<br>P.O. Box 112214<br>Tacoma, WA 98411-2214 | R.L. Schreiber, Inc.<br>1741 NW 33rd St.<br>Pompano Beach, FL 33064-1327 |
| RA TLC 2010, LLC: Capital One, N.A.<br>1835 NE MIAMI GARDENS DR # 451<br>NORTH MIAMI BEACH, FL 33179-5035 | Radio Disney AM 1380 Tampa<br>5048 Collections Ctr. Dr<br>Chicago, IL 60693-0050 | Ready Care Industries, Inc.<br>15845 E. 32nd Avenue<br>Unit A<br>Aurora, CO 80011-1570 |
| Reliable Septic & Sewer Inc.<br>6660 90th Avenue N.<br>Pinellas Park, FL 33782-4532 | Ronay's Design, Inc.<br>1739 Lady Palm Ct.<br>Trinity, FL 34655-5035 | Rosenthal and Rosenthal Inc<br>Anthony Di Tirro<br>1370 Broadway<br>New York NY 10018-7302 |
| Royal Collection<br>1901-17 West Bay Dr.<br>#208<br>Largo, FL 33770-3051 | SDD, Inc.<br>800-A NW 17th Avenue<br>Delray Beach, FL 33445-2581 | SESAC<br>55 Music Square East<br>Nashville, TN<br>37203-4362 |
| Sabre Hospitality Solutions<br>7285 Collection Ctr. Dr.<br>Chicago, IL 60693-0072 | Safety Harbor Hardware<br>670 Main Street<br>Safety Harbor, FL 34695-3551 | Safety Harbor Medical Wellness<br>105 N. Bayshore Dr.<br>Safety Harbor, FL 34695-3124 |
| Sapphire Hotels & Resorts<br>547 SW 13th<br>Suite 3<br>Bend, OR 97702-3171 | Seneca Air Conditioning, Inc.<br>16640 Shady Hills Rd.<br>Spring Hill, FL 34610-6822 | Sherwin Williams<br>2430 State Rd 580<br>Clearwater, FL 33761-2959 |
| Shoes for Crews LLC<br>1400 Centerpark Blvd Ste 310<br>West Palm Beach Fl 33401-7437 | South China Import, Inc.<br>148 Green Street<br>Brooklyn, NY 11222-1310 | Southern Data Comm<br>10700 76th Court<br>Largo, FL 33777-1440 |
| Southwest Contraction, Inc.<br>14159 Black Lake Rd.<br>Odessa, FL 33556-3531 | Spartan Cleaners<br>32646 US 19 N<br>Palm Harbor, FL 34684-3113 | Sportsmith<br>5925 S. 118th East<br>#B<br>Tulsa, OK 74146-6827 |
| Springer Miller<br>782 Mountain Road<br>P.O. Box 1547<br>Stowe, VT 05672-1547 | St. Armands Baking Co..<br>2811 59th Ave. Dr. East<br>Bradenton, FL 34203-5334 | St. Petersburg Times<br>P.O. Box 1121<br>St. Petersburg, FL<br>33731-1121 |
| Stars Signatures, Inc<br>3789 62nd Avenue N.<br>Pinellas Park, FL 33781-6001 | Stathy Touloumis<br>2204 Windsong Ct<br>Safety Harbor, FL 34695-5631 | Stericycle, Inc.<br>P.O. Box 90001590<br>Louisville, KY<br>40290-1590 |

| | | |
|---|---|---|
| Sunset Pk Massage Supply<br>4344 S. Manhattan Ave.<br>Tampa, FL 33611-1304 | Sunshine Chem of FL, Inc.<br>2841 Roosevelt Blvd.<br>Clearwater, FL 33760-1929 | Swiss Chalet Fine Foods<br>9455 NW 40th St. Road<br>Miami, FL 33178-2941 |
| Sysco Food Svces W. Coast<br>Cashier's Office<br>P.O. Box 1839<br>Palmetto, FL 34220-1839 | Sysco West Coast Florida Inc<br>3000 69th Street E<br>Palmetto Fl 34221-8440 | TNG Worldwide<br>23200 Haggerty Rd<br>Dept. 2305<br>Farmington Hills, MI 48335-2601 |
| Tampa Bay Magazine<br>2531 Landmark Drive<br>Clearwater, FL 33761-3932 | Tampa Bay Newspapers<br>9911 Seminole Blvd.<br>Seminole, FL 33772-2536 | Team Leasing<br>170 Timber View<br>Oak Brook, IL 60523-1430 |
| The Good Earth Co<br>P.O. Box 18184<br>Tampa, FL<br>33679-8184 | The Knowland Group<br>600 Beam Street<br>Salisbury, MD 21801-7803 | The Tampa Tribune<br>P.O. Box 191<br>Tampa, FL 33601-0191 |
| Tommy's Produce<br>410 N. Belcher Road<br>Clearwater, FL 33765-2606 | Tony's Cleaning Crew<br>2924 Drew Street<br>Apt. 636<br>Clearwater, FL 33759-3053 | Total Compliance Network<br>5440 NW 33rd Avenue<br>Suite 106<br>Ft. Lauderdale, FL 33309-6333 |
| Trane Parts Center<br>P.O. Box 18547<br>Tampa, FL 33679-8547 | Trane-Tampa Bay<br>P.O. Box 919309<br>Orlando, FL<br>32891-9309 | True-Line Coring & Cutting<br>P.O. Box 87-9745<br>Kansas City, MO<br>64187-9745 |
| US Food Service<br>7004 E Hanna Ave<br>Tampa Fl 33610-9527 | US Foodservice, Inc.<br>P.O. Box 281841<br>Atlanta, GA<br>30384-1841 | USA Today<br>305 Seaboard Lane<br>Suite 301<br>Franklin, TN<br>37067-8288 |
| Unifirst Corporation<br>6010 E. Adamo Drive<br>Tampa, FL 33619-3404 | VSC Fire & Security<br>10343-B Kings Acres Rd<br>Ashland, VA 23005-8059 | VSC Fire & Security<br>12075 34th Street N<br>Unit A<br>St. Petersburg, FL 33716-1845 |
| Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702-3397 | Wage Watch, Inc.<br>P.O. Box 15881<br>Phoenix, AZ 85060-5881 | Waste Management<br>2625 W. Grandview Rd.<br>Ste. 150<br>Phoenix, AZ 85023-3113 |
| Waste Management of Pinellas<br>P.O.Box 105453<br>Atlanta, GA<br>30348-5453 | Wells Fargo Bank, N.A.<br>401 E. Jackson St.<br>Suite 1450<br>Tampa, FL 33602-5232 | Wells Fargo Bank, N.A.<br>c/o Carlton Fields, P.A.<br>Attn: Steven C. Dupre<br>200 Central Av, Ste 2300<br>St. Petersburg, FL 33701 |

| | | |
|---|---|---|
| Wells Fargo Bank, National Association<br>c/o Hywel Leonard<br>Carlton Fields, P.A.<br>P.O. Box 3239<br>Tampa, FL  33601-3239 | Wells Fargo National Association<br>c/o Hywel Leonard<br>Carlton Fields, P.A.<br>P.O. Box 3239<br>Tampa, FL  33601-3239 | Wheel Fun Rentals<br>4 Harbor Cove Street<br>Safety Harbor, FL 34695-2821 |
| William E. Touloumis<br>5316 Mira Vista Dr<br>Palm Harbor, FL 34685-3655 | Windstream Communications<br>P.O. Box 580451<br>Charlotte, NC<br>28258-0451 | XO Communications, LLC<br>14239 Collections Ctr Dr<br>Chicago, IL 60693-0142 |
| Your Help Desk, LLC<br>15621 Deerglen Dr.<br>Tampa, FL 33624-1711 | Zents<br>6811 Broadway<br>Denver, CO 80221-2878 | Steven M Berman +<br>Shumaker, Loop & Kendrick, LLP<br>101 E. Kennedy Blvd., Suite 2800<br>Tampa, FL 33602-5153 |
| Kristopher E Fernandez +<br>114 South Fremont Avenue<br>Tampa, FL 33606-1703 | Brad W. Hissing +<br>Kass Shuler Solomon Spector Foyle et al<br>PO Box 800<br>Tampa, FL 33601-0800 | United States Trustee - TPA +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Hywel Leonard +<br>Carlton Fields, PA<br>P O Box 3239<br>Tampa, FL 33601-3239 | Sarah Richardson +<br>Pinellas County Attorney's Office<br>315 Court Street<br>Clearwater, FL 33756-5165 | Maureen A Vitucci +<br>Gray Robinson PA<br>301 East Pine Street<br>Suite 1400<br>Orlando, FL 32801-2798 |
| Susan H Sharp +<br>Stichter, Riedel, Blain & Prosser, P.A.<br>110 E Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Paige A. Greenlee +<br>Hill, Ward & Henderson<br>101 E Kennedy Boulevard<br>Tampa, FL 33602-5156 | Caitlin E. Sirico +<br>Zimmet, Unice & Salzman, PA<br>2570 Coral Landings Blvd., Suite 201<br>Palm Harbor, FL 34684-5123 |
| Hugo S deBeaubien +<br>Shumaker, Loop & Kendrick LLP<br>101 E. Kennedy Blvd., Suite 2800<br>Tampa, FL 33602-5153 | Pinellas County Tax Collector (KH) +<br>Post Office Box 10834<br>Clearwater, FL 33757-8834 | Jacqueline A. Simms-Petredis +<br>Akerman Senterfitt<br>401 E Jackson Street, Ste. 1700<br>Tampa, FL 33602-5250 |
| Nicole M Mariani +<br>Kass, Shuler, Solomon, Spector, etal<br>PO Box 800<br>Tampa, FL 33601-0800 | Nicole Peair +<br>Timberlake Annex<br>501 E Polk Street, Suite 1200<br>Tampa, FL 33602-3945 | Jason J Romero +<br>Osborn Maledon, P.A.<br>2929 N Central Avenue, 21st FL<br>Phoenix, AZ 85012-2782 |
| Nicole C Nate +<br>Zimmet, Unice & Salzman PA<br>2570 Coral Landings Blvd., Ste 201<br>Palm Harbor, FL 34684-5123 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service                (d)Internal Revenue Service
P.O. Box 21126                             Special Procedures
Philadelphia, PA 19114                     Stop 5720
                                           400 W. Bay St, Ste 35045
                                           Jacksonville, FL 32202
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Florida Power Corporation d/b/a Progress E    (u)Ford Motor Credit Company, LLC    (u)Helios AMC


(u)Post-Integration, Inc.                (u)Wells Fargo National Association    (u)Anesti Siandris


(d)Aqua Engineers & Systems Inc          (d)Brennick Brothers, Inc.             (d)Brittany F. Kanuck
P.O. Box 76214                           P.O. Box 279                           215 35th Avenue North
St. Petersburg, FL 33734-6214            Riverview, FL 33568-0279               St. Petersburg, Fl 33704-1407


(u)Coast Brothers, Inc.                  (u)Employees                           (du)Employees
6511 43rd St. N.                         See Attached LIst                      See Attached List
Unit 1807
Pinellas Park


(d)Espiritu Santu Springs, LLC           (u)George E. Touloumis                 (u)John E. Touloumis
c/o Roger Kumar
202 Shore Drive East
Oldsmar, FL  34677-3708


(d)PPF Holdings III, Ltd.                (d)Safety Harbor Hardware              (u)Shoes for Crews, Inc.
c/o Maureen A. Vitucci                   670 Main Street                        400 Centrepark Blvd,
GrayRobinson, P.A.                       Safety Harbor, FL 34695-3551
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2798


(u)Stathy Touloumis                      (d)Tampa Bay Magazine                  (u)Various Event Contracts
                                         2531 Landmark Drive
                                         Clearwater, FL 33761-3932


(d)Waste Management                      (u)William E. Touloumis                End of Label Matrix
2625 W. Grandview Rd. Ste. 150                                                  Mailable recipients    264
Phoenix, AZ 85023-3113                                                          Bypassed recipients     23
                                                                                Total                  287
```