# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:

**S.H.S. RESORT, LLC**                                    **Case No.: 8:10-bk-25886-MGW**
                                                          **Chapter 11 Case**

    **Debtor.**
_____/

## FINAL ORDER GRANTING EMERGENCY
## MOTION TO USE CASH COLLATERAL (Doc. 11)

THIS CASE having come on for a continued hearing on May 25, 2011, on the Debtor's

Emergency Motion to Use Cash Collateral (Doc. 11)("Motion"), this Court having heard

argument from counsel for the Debtor, counsel for German American Capital Corporation, as

successor-in-interest to Wells Fargo Bank, N.A. ("GACC" or "Lender"), and counsel for the

Office of the United States Trustee, this Court having reviewed the Motion and being

otherwise familiar with the papers and pleadings in this case, for the reasons stated orally and

in open court which shall constitute the record of this Court, accordingly, it is

    **ORDERED**:

    1.      The Motion is GRANTED, subject to the same terms and conditions as set forth

in the Third Interim Order Granting Emergency Motion to Use Cash Collateral (Doc.

162)("Third Interim Order"), previously entered by this Court, as supplemented below.

    2.      Upon entry of an Order confirming the Debtor's Second Amended Plan of

Reorganization (Doc. 175), the Debtor's authority to use GACC's cash collateral shall be

governed by the reorganized Debtor's rights to operate its business pursuant to the terms and

provisions of the Debtor's Second Amended Plan of Reorganization (Doc. 175) as well as the

Order confirming the same.

June 02, 2011

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on _____.

**Michael G. Williamson**
**United States Bankruptcy Judge**

**Copies furnished to:**
**Debtor**
**Debtor's Counsel**
**Office of the United States Trustee, 501 E. Polk St., Suite 1200, Tampa, FL 33602**
**Hywel Leonard, Esq., 4221 W. Boy Scout Road, Suite 1000, Tampa, FL 33601**
**All parties on the Local Rule 1007-2(b) List**