UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

S.H.S. RESORT, LLC   Case No.: 8:10-bk-25886-MGW
                     Chapter 11 Case

    Debtor.
_____/

### FINAL ORDER DENYING, AS MOOT, DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO OBTAIN POST-PETITION FINANCING (Doc. 19)

THIS CASE having come on for a continued hearing on May 25, 2011, on the Debtor's Emergency Motion for Authority to Obtain Post-Petition Financing (Doc. 19)("Motion"), this Court having heard argument from counsel for the Debtor, counsel for German American Capital Corporation, successor-in-interest to Wells Fargo Bank, N.A., and counsel for the United States Trustee, this Court having reviewed the Motion and being otherwise familiar with the papers and pleadings in this case, for the reasons stated orally in open court which shall constitute the record of this Court, accordingly, it is

**ORDERED** that the Motion is hereby denied as moot.

June 02, 2011

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on _____.

_____
Michael G. Williamson
United States Bankruptcy Judge

**Copies furnished to:**
Debtor; Debtor's Counsel; Office of the United States Trustee; Hywel Leonard, Esq., 4221 W. Boy Scout Road, Suite 1000, Tampa, FL 33601; and All parties on the Local Rule 1007-2(b) List.

SLK_TAM: #1349863v1