# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

S.H.S. RESORT, LLC                      Case No.: 8:10-bk-25886-MGW
                                                        Chapter 11 Case

     Debtor.
_____/

## ORDER GRANTING COURT'S MOTION TO REQUIRE MEDIATION OF ISSUES

This case came on for a continued hearing on June 2, 2011, for further consideration of the terms of confirmation of the Debtor's Second Amended Plan of Reorganization, Dated as of April 6, 2011 (Doc. 175)("Plan"). This Court having heard argument from counsel for the Debtor and counsel for German American Capital Corporation ("GACC"), and this Court having made its own Motion to require mediation of any issues not previously addressed by the Court's ruling on confirmation in open court on May 25, 2011, accordingly, it is

**ORDERED**

1. The Debtor, the guarantors of the obligations owed by the Debtor to GACC ("Guarantors"), Olympia Development Group, Inc. ("ODG") and GACC are hereby authorized and directed to participate in mediation of all issues not previously addressed by the Court's ruling on confirmation in open court on May 25, 2011 ("Mediation").

2. The Mediation shall occur on June 17, 2011, or on such other date as the parties may agree to, and shall continue from day to day until concluded.

3. Michael P. Horan, Esq., is hereby authorized to serve as mediator for the Mediation.

4. The cost of the Mediation shall be split equally between two groups, with the first

group being comprised of GACC, and the second group being comprised of the Debtor, the Guarantors, and ODG.

5. The Debtor, the Guarantors, ODG and GACC shall each participate in the Mediation /in person through designated representatives (having full settlement authority) and counsel to negotiate outstanding issues between the parties.

6. The Court shall conduct a continued hearing on confirmation of the Plan on June 29, 2011, at 10 a.m. at the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave, Courtroom 8A, Tampa, FL 33602 ("Continued Hearing").

7. The Debtor, the Guarantors, ODG and GACC shall refrain from any legal action against each other prior to the Continued Hearing, pursuant to both this Court's ruling on confirmation in open court on May 25, 2011, and this Court's subsequent ruling with respect to the Mediation on June 2, 2011. ODG and the Guarantors shall refrain from undertaking any disposition of assets, other than in the ordinary course of their business operations, with the acknowledged exception of ODG's previously disclosed sale of the Allstate portfolio.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on June 15, 2011.

Michael G. Williamson
United States Bankruptcy Judge

**Copies furnished to:**
**Steven M. Berman, Esq.**, 101 E. Kennedy Blvd, Suite 2800, Tampa, FL 33602
**Hywel Leonard, Esq.,** 4221 W. Boy Scout Blvd, Suite 1000, Tampa, FL 33607
**Nicole Nate, Esq.,** 2570 Coral Landings Blvd, Suite 201, Palm Harbor, FL 34684
**Forlizzo Law Group,** 2903 Rigsby Lane, Safety Harbor, FL 34695
**Local Rule 1007(d) Matrix**
**Office of the United States Trustee**, 501 E. Polk St., Suite 1200, Tampa, FL 33602