UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

S.H.S. RESORT, LLC            Case No.: 8:10-bk-25886-MGW
                                                     Chapter 11 Case

       Debtor.
_____/

## MOTION TO AUTHORIZE DISTRIBUTION PURSUANT TO CONFIRMED PLAN

The Reorganized Debtor, S.H.S. Resort, LLC, by and through its undersigned counsel and pursuant to its confirmed plan of reorganization, hereby moves this Court for entry of an Order authorizing a distribution from the Reorganized Debtor's post-confirmation distribution account and, in support, states:

1. On October 28, 2010, S.H.S. Resort, LLC, filed its voluntary petition under Chapter 11 of Title 11 of the United States Code.

2. On May 25, 2011, this Court, in its oral ruling in open court, confirmed the Debtor's Second Amended Plan of Reorganization, Dated as of April 6, 2011 (Doc. 175)("Confirmed Plan"), subject to certain modifications announced on the record.

3. In addition to other provisions, the Confirmed Plan provided:

> From $5M of nondebtor cash, [Secured Lender shall] receive an additional $4M paydown against the secured debt with $1M being used to pay the Class 4 Claims and to make some minimal improvements to the Property.

4. The Reorganized Debtor has received the referenced $5,000,000.00 from non-debtor Olympia Development Group, Inc., and is holding said funds in its post-confirmation distribution account at Northern Trust, Acct. No. XXXXXX5379, titled S.H.S. Resort, LLC, Post-Confirmation Distribution Account ("Distribution Account"). See Notice of Establishment of Post-Confirmation Distribution Account (Doc. 280).

5. The Distribution Account requires an Order from this Court before funds may be distributed. At this time, an order confirming the Confirmed Plan has not yet been entered to authorize distributions from the Distribution Account, including the $4,000,000.00 distribution to Secured Lender.

6. Accordingly, the Reorganized Debtor respectfully requests that this Court enter an Order authorizing immediate payment to Secured Lender in the amount of $4,000,000.00 from the Distribution Account.

WHEREFORE, the Reorganized Debtor respectfully requests that this Court enter an Order authorizing immediate payment to Secured Lender in the amount of $4,000,000.00 from the Distribution Account, and for such other and further relief as this Court deems just and proper.

Dated this 27th day of June, 2011.

**SHUMAKER, LOOP & KENDRICK, LLP**

By: _/s/ Hugo S. deBeaubien__
**Steven M. Berman, Esq.**
Florida Bar No.: 856290
sberman@slk-law.com
**Hugo S. deBeaubien, Esq.**
Florida Bar No.: 58100
bdebeaubien@slk-law.com
101 E. Kennedy Blvd., Suite 2800
Tampa, Florida 33602
Phone (813) 229-7600
Facsimile (813) 229-1660
*Attorneys for the Debtor*

# CERTIFICATE OF SERVICE

    I HEREBY CERTIFY THAT on June 27, 2011, the foregoing **Notice of Establishment of Post-Confirmation Distribution Account** was served via CM/ECF or via US Mail on: **Hywel Leonard, Esq.**, 4221 W. Boy Scout Blvd, Suite 1000, Tampa, FL 33607; and **All Creditors and Parties in Interest** on the attached Local Rule 1007-2 matrix.

                       By: /s/ Hugo S. deBeaubien
                            Hugo S. deBeaubien